# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Civil Case Number: _____

FORMAL DEMAND FOR TRIAL

MR. FAOUZI ABDUL-MENHEM JABER, AFFIANT
(Write the full name of the plaintiff)

vs.

MS. CHRISTINA _____ . HANLEY ;

MS. ANDREA LEE SURRATT ;

MS. COLLEEN McMAHON ;

MS. SABRINA P. SHROFF ;
(Write the full name of the defendant/s in this case)

RECEIVED
SEP - 9 2020
PRO SE OFFICE

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

## I.  Party Information

A. Plaintiff:  MR. FAOUZI (ABDUL-MENHEM JABER

Address: (FCI) COLEMAN-MEDIUM, FEDERAL CORRECTIONAL INST.,

Inmate/Prison No.: 75840084   — POST OFFICE BOX-1032 —, FLA.

Year of Birth: 1955 ___ (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: MS. ANDREA L. SURRATT Defendant: MS. CHRISTINA _. HANLEY

Official Position: U.S. ATTORNEY PROSE  Official Position: <SPEC. AGENT> D.E.A.

Place of Employment: U.S. DEPT OF JUST.  Place of Employment: U.S. DRUG ENFORCE AGENCY

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants. )

## II. Statement of Claim

Briefly describe the facts of your case.  <u>Describe how each defendant is involved</u>, names of other persons involved, and dates and places.  Each claim should be stated in a separately numbered paragraph.  Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted.  Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

1). REGARDING DEFENDANT MS. C. HANLEY.: (SEE; SWORN-AFFIDAVIT) WITH REFERENCE TO HOW MS. CHRISTINA __ HANELEY, (SPECIAL AGENT WITH THE (DEA) U.S. DRUG ENFORCEMENT IS INVOLVED. PLEASE BE AD-VISED THAT PLAINTIFF GIVES THIS "COMPLAINT.", ... THAT "AGENT" MS. HANLEY KNOWINGLY AND WILLFULLY, SUBMITTED (" FALSE ACCUSATIONS ") TO (" INTER·POLE"); (" U.S. GRAND JURY"), (" U.S. ATTORNEY GENERAL") AND (FEDERAL COURTS OF PRAGUE), IN 2015. AGENT: MS. HANLEY ACT-ED UNDER COLOR-OF-LAW BUT BECAME " ROGUE AGENT " IN HER INDIVIDUAL CAPACITY! ( PLEASE SEE DETAILS IN SWORN AFFIDAVIT ). AGENT MS. C. HANLEY'S "STING-CAMPEIGN", AGAINST ME, FALSELY IMPRIS-ONED ME.

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do).  Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

1). (REFERENCE OF COMPENSATORY DAMAGES).; RESTOR-ATION OF MY FINANCIAL LOSSES: 38,490,000  DOLLARS. THIS ISSUE, THE FORMAL EQUIVALENT OF $ 35,660,000 EURO - REFERS TO MY JEWELERY, ONLY. THE NATURE OF RELIEF SOUGHT OR REQUESTED BY FILING THIS CIVIL ACTION IS A JURY-TRIAL VERDICT **OR**, A SETTLEMENT AGREEMENT WITH EACH DEFENDANT, WITH GOAL TO REIMBURST LOSSES

2). (REFERENCE OF ORDER FOR TRANSLATOR.); PLAINTIFF IS AN ARAB-LEBONESE, PLAINTIFF MR. JABER DOES **NOT** SPEAK OR WRITE

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

1). REGARDING DEFENDANT MRS. COLLEEN MC MAHON: (SEE: SWORN-AFFIDAVIT'). WITH REFERENCE TO HOW DEFENDANT MS. MC MAHON, U.S. CHIEF DISTRICT JUDGE, (FORMER) _, FOR SOUTHERN DISTRICT OF (N.Y.) _NEW YORK, MANHATTAN-DIVISION_, WAS INVOLED, ("FALSE IMPRISON-MENT")_8th AMENDMENT VIOLATION _ (7X THE VIOLATIONS) IN THE CONTEXT OF JOINT EFFORTS WITH: MS. HANLEY; MS. ANDREA SURATT; MR. GEORGE D. TURNER, (MRS. C. MC MAHONS FORMER CLERK)_ AND, MS. SABRINA P. SHROFF'S CAMPEIGN TO " TARGET " ARAB MUS-"LIM" FOREIGN NATIONALS, AGGRESSIVELY, BY FORCE, AS TERRORISTS. ( SEE: SWORN-AFFIDAVIT ) CONTINUATION OF PAGE 5 OF _

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

_ ENGLISH; THE UNDERSIGNED WILL REQUIRE (ARABIC SPEAKER AND TRANSLATOR )_ ACCORDINGLY, THIS " IMPAIRMENT " AND HANDICAP MATTER IS DIRECTED TO ANY POTENTIAL FUTURE < " EVIDENTIARY ">; < "DEPOSITION ">; OR, < "TRIAL" > PROCEEDINGS.

3). (REFERENCE OF ORDER FOR AN APPOINMENT OF ATTNY); THE UNDERSIGNED PLAINTIFF REQUESTS THIS COURT TO ENTER ORDER FOR APPOINTMENT OF COUNSEL TO REPRESENT HIM ON THIS MATTER. PLEASE DO NOTE: PLAINTIFF WILL SUBMIT AN INDEPENDANT-"MOTION".

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

1). REGARDING DEFENDANT MRS. ANDREA L. SURATT. ( SEE SWORN AFFIDAVIT ).     WITH REFERENCE TO HOW MRS. ANDREA LEE SURAT, (AUSA) UNITED STATES ATTORNEY, SOUTHERN DISTRICT OF NEW YORK, 10007, WAS INVOLVED.       (" PLEASE SEE SWORN AFFIDAVIT ").

PLAINTIFF AFFIRMATIVELY ASSERTS THAT DEFENDANT ANDREA SURATT WAS AND STILL IS, SADISTIC AND MALICIOUS TO HIM. PLAINTIFF GIVES THIS " COMPLAINT ".... THAT, (AUSA) MS. ANDREA SURATT WILLFULLY AND KNOWINGLY, SUBMITTED " FALSE " INFORMATION AND AFFIDAVITS TO A UNITED STATES GRAND - JURY AND SUMMONS FEDERAL JUDGES IN ORDER TO OBTAIN "CONVICTION" AND " FALSE IMPRISONMENT "

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

4.

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

1). REGARDING DEFENDANT MS. SABRINA P. SHROFF,:

WITH REFERENCE TO HOW DEFENDANT SABRINA P. SHROFF IS INVOLVED, PLAINTIFF: MR. F. JABER GIVE THIS (1983) LAW SUIT; COMPLAINT THAT DEFENDANT; MS. SABRINA P. SHROFF, (FEDERAL PUBLIC DEF.), SOUTHERN DISTRICT OF NEW YORK, DID WILLFULLY AND KNOWINGLY, DEPRIVE (ME), MR. FAQUZI, OF MY: RIGHT TO BE FREE FROM CRUEL AND UNUSUAL TREATMENT WHILE IN HER CARE AND INHERENTLY, IN THE CARE AND CUSTODY OF U.S. MARSHALS AT MCC NEW YORK.

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

United States District Court
Southern District of New York

MR. FAOUZI ABDUL-MENHEM JABER,

    Sworn Affiant (Petitioner),

vs.                                                    Case No. _____

1) MR. MICHAEL D. CARVATAL, DIR.
2) BUREAU OF PRISONS                         Emergency Demand for Evidentiar[y]
2) JUDGE: COLLEN MCMAHON, ET. AL.,              Hearing and Release
   (Southern Dist. of New York)

    Respondent. _____/

EMERGENCY/ACTION (28 U.S.C. § 1746)
IN AND FOR SWORN — OATH AFFIDAVIT/AFFIANT
IN SUPPORT of 42 U.S.C. § 1983

# COMPLAINT UNDER THE CIVIL RIGHTS ACT
## 42 U.S.C., SECTION 1983

STATE OF FLORIDA)
            Scillicetee
COUNTY OF SUMTER)

    Indicia: "Indeed, no more than [an affidavit] is necessary to make

the prima facie case." United States v. Kis, 658 F.2d 526, 536 (7th Cir.

1981).

    (Indicia - Narrative)

    (1) Identification: Your Sworn affiant gives this declaration that,

am the (sworn) undersigned, my name is Mr. Faouzi Abdul-Menhem Jaber, bo[rn]

(July 31, 1955), place of birth (Abidjan of Ivorian Coast - West Africa)

    (2) Further, Your sworn affiant is: (Pour Le President De La Republ[iq]ue,

Le Ministre des Affairs Etrangeres); 25th (May, 2009). Your sworn affian[t]

more specifically, enjoys the rank of: Politician-Diplimatic.

1 STATMENT → THERE IS 2 PROVE OF 2 REASONS

2 COMING FROM THE PROSECUTOR MS. ANDREA LEE

3 SURATT AND MS. CHRISTINA HANLEY SPECIA-

4 AGENT OF DEA HO CREATE THE SITUATION

5 IN MY COUNTRY IVORY COAST IN WEST

6 AFRICA HO WAS HE PROVOCATION I LOST ALL

7 MY MONY I WIN IN MY BUSINESS FROM-1976

1 STATMENT → 1976 TO 2014 WHEN I WAS

2 BEEN ARRESTED IN PRAGUE (CZ REPUBLIC) AND

3 THE PEOPLE HAS STOLE ALL THE MATERIAL

4 FOODS-CONSTRUCTION MATERIAL INDUSTRIAL

5 MATERIAL AND OTHERS MATERIAL I DONT KNOW

6 HOW SPEAK IN ENGLISH THE NAMES BEACAUSE

7 THE 2 REASONS HO THE GOUVERMENT OF USA REATE

1 STATMENT → FIRST REASONS WHEN

2 MS. ANDREA LEE SURTTI PROSECUTOR SEND TO PRAGUE

3 (CZ REPUBLIC) FALSE AFFIDAVID TO DOJ OF PRAGUE

4 THAT I PROPOSE THIS CRIMINAL BUSINESS TO

5 THE 2 CSS OF DEA AND SHE SAID THE 2 CSS THEY

6 NEVER PROPOSE ME THIS CRIMINAL BUISSJESS

7 AND THIS FALSE AFIDAVID THE COURT TAKE DECISION

TO EXTRADICT ME

1 STATMENT —) BY FALSE DECLARATION THE
2 DISCOVERY IS PROVE THAT SHE LIE
3 AND HER DECLARATION BY AFFI DAVID
4 CONTRADICT THE DISCOVERY HO PROVE INEVER
5 PROPOSE HIS CRIMINAL BUISNESS AND THE
6 INFIRMA OR CSI HE PROPOSE SO IF THE
7 JUDGE OF THE APPEAL COURT IN PRAGUE

1 STATMENT —> (IN CZ REPUBLIC) HAS HEARD
2 THE DISCOVERY VOICE. HE WILL NEVER
3 EXTRADIT ME TO USA. I WAS FREE
4 AND COME BACK TO MY COUNTRY IN WEST
5 AFRICA (IVORY COAST), AND MY BUISNESS
6 AND MY MONY AND ALL THE MATERIAL HO
7 WAS IN MY WAREHOUSES WAS IN TACT
AND SAFE

1 STATMAN —> THE SECOND REASON WHY I
2 LOST EVERYTHINGS BECAUSE THE GOUVERNEN
3 OF USA REPRESENTED BY THE PROSECUTOR
4 MS. ANDR A LEE SURATI AND THE SPECIAL AGENT
5 OF DEA & S. CHRISTINA HANLEY PUT MY NAME
6 IN THE INTERNET COMPUTER. JABER FAOUZI
7 HAS BEEN ARRESTED IN PRAGUE (CZ REPUBLIC)

1 STATMENT → WHEN I DON'T DO APPEAL OF
2 THE FIRST COURT WHEN THE JUDGE OF THE
3 FIRST COURT TAKE DECISION TO EXTRADICT
4 ME AND FAYAD AND ELMEREHBI TO USA
5 FAYAD AND EL MEREHBI DO APPEAL THAT
6 THEY NEVER PROPOSE THIS BUINESS
7 AND WUAS STING OPERATION AND ENTREPMENT


1 STATMENT → THE JUDGE OF THE APPEAL
2 COURT CANCEL ALL THE DECISION OF
3 THE FIRST COURT AND HE SAID ALSO
4 JABER FAOUZI WILL DON'T BE EXTRADICT
5 TO USA BECAUSE HE CANCEL THE DELISION
6 HO JABER ON THE BASE OF THE DECISION
7 OF THE JUDGE OF THE FIRST COURT JABER
  ASK TO BE EXTRADE


1 STATMENT → SO THE JUGE OF APPEAL COURT
2 SAID JABER CAN'T BE EXTRAIN
3 AND HE SAID BECAUSE IF FAYAD AND
4 EL MEREHBI WIN TO BE RELEASE JABER
5 ALSO WILL BENIFIT TO BE ALSO RELEASE
6 BUT WHEM THE GOUVERMENT OF USA
7 SEND THE FALSE AFFIDAVID HO THE
  DISCOVERY CONTRADICT

1 STATMENT → BY THE USA TO BE EXTRADIT
2 FOR DIFFERENTS CRIMES AND SUPPORT MATERIAL
3 TO TERROEST ORGANIZATION (FARC)
4 AND THE COURT OF THE USA WILL JUDGE
5 ME TO STAY IN PRISON BETWEEN
6 360 MOUNTHS AND LIFE
7 SO WHEN THE PEOPLE IN MY COUNTRY

1 STATMENT → SEE THIS ARTICLE OR THIS
2 ANNOUCEMENT FOR THE JABER FAOUZI
3 WILL DIE IN PRISON AND NEUER
4 BACK TO THE IVORY COAST ALL THE
5 WORLD. HAS THING LIKE THAT
6 SO THIS PORPAGANDA HAS DESTROY
7 MY MONY, MY BUISNESS, MY LIFE

1 STATMENT → AND THE DISCOVERY IS PROVE
2 FROM CS1 THE INFORMATOR OF DEA HE SAID
3 IN THE DISCOVERY THAT HE KNOW THAT JABER
4 HAS NEVER DO DRUGS AND DONT KNOW THIS
5 CRIMINAL BUISNESS. ALSO IN THE DISCOVERY
6 PROVE I TOLD THE 2 CSS OF DEA I NEVER
7 DO ALL THIS BUISNESS YOU PROPOSE ME

10

1 STATMENT → THE JUDGE HAS TRUST THE
2 AFFIDAVID (FALSE DECLARATION) SO ON THIS
3 BASE OF FALSE AFFIDAVID THE JUDGE OF
4 THE FIRST COURT AND APPEAL COURT TAKE
5 DECISION TO EXTRADICT THE 3 JABER-FAJAD
6 ELMEREAB, ON THE BASE FOLSFE AFFIDAVID
7 THAT JABER PROPOSE THIS CRIMINAL BUISNESS
  AND NOT THE DEA INFORMATERS

1 STATMENT: MY JUDGE COLLEEN MCMAHOUN IN NEW YORK COURT
2 HO SENTENCE ME IGNORE MY CONSTITUTION
3 TREATED RHIGHT DURING MY CRIMINAL CASE
4 SHE WAS COMPLICE OF THE PROSELTOR GEORGe
5 TURNER HO WAS HER CLERK. AND SHE REFUSE
6 TO TAKE IN CONSIDERATION ANY EVIDENCE AND PROVE
7 SHE SAID TO MY LAWYER ALEXEI SCHACAT SHE

1 STATMENT CONTINUE: DONT WHANT TO HEARD
2 SOMME PROVE AND SHE WAS COMPLICE OF MY FORNER
3 LAWYER HOI HAS FIRE MS SABRINA P SHROFF ONE
4 OF THE REASON SHE FORCE ME BY MANIPULATION TO
5 PLEAD GUILTY AND GIVE ME ARABIC PAPER TO SAID
6 THAT THE INFORMATORS CS1 AND CS2 OF DEA THEY TOLD
7 ME THAT FARC IS TERRORIST ORGANIZATION. I TOLD

1 STATMENT CONTINUE! HER YOU DO I LIE
2 PLEAS GUILTY AND NOW YOU WHANT ME TO
3 LIE. SAID THEY TOLD ME THAT FARC IS
4 TERRORST ORGANIZATION. AND THE DISCOVERY
5 IS PROVE THEY DIDINT TOLD ME THAT AND
6 I TOLD HER SO YOU ARE DO WIN ALLEGTION
7 TO THE ACCUSATION OF THE FALSE ACCUTION

1 CONTINUE! OF THE PROSEUTORS ANDREA S PATI
2 AND PROSEUTOR GEORGE TURNER AND THE
3 SPECIAL AGENT OF DEA CHRISTINA HADLEY
4 SO YOU HELP THEM BY LIEING AGAINST M
5 AND YOU HELP THE JUDGE COLLEEN MACMHOUN
6 HO YOU SAID SHE IS YOUR FREIND AND YO SAID
7 THE PROVE WHEN SHE TOLD YOU. YOU ARE WELCOME

1 CONTINUE! EVERY TIME IN THE COURT TO GIVE ME
2 BAD SENTENCE YOU WAS AGAINST ME BE CAUSE
3 YOUR FREIND ZARRAB REZA HO WAS I PRISON
4 AND. MY JUDGE WAS VERY BAD WITH ME ONE
5 OF THE PROVE WHEN SHE TOLD ME SORE YOU
6 WILL NEVER SEE YOUR MOTHER AND MY DAUGTER
7 AGAIN. AND SHE DONT TAKE ANY ONSIDE AJION

1 CONTINUE, FOR THE LETTER OF THE WARDEN OF
2 MCCANENHATEN NEW YORK HO HAS WRITE
3 TO HER TO TELL HER HOW I HAS HELP AGAINST
4 THE CONTRABAND. AND SHE DIDINT TAKE IN
5 CONSIDERATION THE MENTAL HEALTH HELTH
6 REPPORT AND MY VERY BAD SITUATION OF MY
7 HEALTH.

1 CONTINUE: SHE ACCUSE ME WITHOUT ANY
2 EVIDENCE TO BE HEZBOLLAH. AND SHE
3 SAID ALL WHAT THE WARDEN SAID IN HIS
4 LETTER TO HER IS SMALL POTATO
5
6
7

13

_____

_____

### V. Jury Demand

re you demanding a jury trial?      ✓ Yes      __ __ No

Signed this ___2o___ day of __Aucusт__ , 20_2_

_____   _____
                                    Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: __2o  Aucusт  2o2o_____

_____   _____
                                    Signature of Plaintiff

InmateStatementCombined                                                        Page 1  2

# Inmate Statement

| **Inmate Reg #:** | 75840054 | **Current Institution:** | Coleman FCC |
| **Inmate Name:** | JABER, FAOUZI | **Housing Unit:** | COM-A-D |
| **Report Date:** | 08/06/2020 | **Living Quarters:** | A07-065L |
| **Report Time:** | 12:53:37 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| COA | 8/5/2020 8:58:59 AM | 2 | | | Sales | ($33.80) | | $2,306. |
| COA | 8/4/2020 9:44:56 AM | TFN0804 | | | Phone Withdrawal | $50.00 | | $2,339.9 |
| COA | 7/9/2020 4:54:00 PM | 1 | | | Sales | ($38.25) | | $2,289.9 |
| COA | 6/22/2020 8:29:49 PM | 136 | | | Sales | ($8.00) | | $2,328.2 |
| COA | 6/22/2020 8:29:31 PM | 135 | | | Sales | $5.00 | | $2,336.2 |
| COA | 6/22/2020 3:44:21 PM | 110 | | | Sales | ($46.80) | | $2,331.2 |
| COA | 6/16/2020 8:37:05 AM | 1 | | | Sales | ($57.40) | | $2,378.0 |
| COA | 6/15/2020 2:38:55 PM | TL0615 | | | TRUL Withdrawal | ($15.00) | | $2,435.4 |
| COA | 6/15/2020 11:04:58 AM | 33320167 | | | Western Union | $1,990.00 | | $2,450.4 |
| COA | 6/12/2020 8:22:16 AM | TFN0612 | | | Phone Withdrawal | ($50.00) | | $460.4 |
| COA | 6/5/2020 2:38:37 PM | 63 | | | Sales | ($8.40) | | $510.4 |
| COA | 6/4/2020 12:33:18 PM | 33 | | | Sales | ($22.10) | | $518.8 |
| COA | 5/29/2020 8:44:16 AM | 1 | | | Sales | ($70.90) | | $540.9 |
| COA | 5/21/2020 8:57:21 AM | 2 | | | Sales | ($42.95) | | $611.8 |
| COA | 5/20/2020 1:07:22 PM | TFN0520 | | | Phone Withdrawal | $55.75 | | $654.7 |
| COA | 5/20/2020 10:39:01 AM | TL0520 | | | TRUL Withdrawal | ($15.00) | | $599.0 |
| COA | 5/14/2020 9:20:43 AM | 42 | | | Sales | ($27.15) | | $614.0 |
| COA | 5/7/2020 8:43:05 AM | 3 | | | Sales | ($23.30) | | $641.1 |
| COA | 4/30/2020 1:15:24 PM | 95 | | | Sales | ($8.00) | | $664.4 |
| COA | 4/28/2020 7:46:44 PM | 11249 | | | SPO - Released | | $137.10 | ------- |
| COA | 4/28/2020 7:46:44 PM | 134 | | | Sales | ($137.10) | | $672.4 |
| COA | 4/24/2020 1:58:12 PM | TL0424 | | | TRUL Withdrawal | ($5.00) | | $809.5 |
| COA | 4/16/2020 9:34:09 AM | 11249 | | | SPO | | ($137.10) | ------- |
| COA | 4/9/2020 5:42:20 PM | 84 | | | Sales | ($10.00) | | $814.5 |
| COA | 4/9/2020 12:38:53 PM | 63 | | | Sales | ($12.70) | | $824.5 |
| COA | 4/9/2020 12:38:19 PM | 62 | | | Sales | $0.00 | | $837.2 |
| COA | 4/7/2020 8:33:06 AM | TFN0407 | | | Phone Withdrawal | ($50.00) | | $837.2 |
| COA | 3/31/2020 12:06:44 PM | 72 | | | Sales | ($62.95) | | $887.2 |
| COA | 3/21/2020 2:23:17 PM | TFN0321 | | | Phone Withdrawal | ($50.00) | | $950.2 |
| COA | 3/21/2020 12:38:54 PM | TFN0321 | | | Phone Withdrawal | ($11.00) | | $1,000.2 |
| COA | 3/21/2020 12:36:38 PM | TL0321 | | | TRUL Withdrawal | ($10.00) | | $1,011.2 |
| COA | | 33320080 | | | Western Union | $35.00 | | $1,021.2 |

InmateStatementCombined

| | | | | | |
|---|---|---|---|---|---|
| COA | 3/20/2020 12:05:03 PM 3/18/2020 | 61 | Sales | ($19.60) | $986.22 |
| COA | 12:32:44 PM 3/11/2020 | 135 | Sales | ($92.30) | $1,005.82 |
| COA | 6:43:34 PM 3/4/2020 | 40 | Sales | ($31.75) | $1,098.12 |
| COA | 1:47:45 PM 2/25/2020 | 72 | Sales | ($19.95) | $1,129.87 |
| COA | 6:22:34 PM 2/21/2020 | 64 | Sales | ($90.00) | $1,149.82 |
| COA | 12:56:17 PM 2/12/2020 | 65 | Sales | ($64.15) | $1,239.82 |
| COA | 2:22:09 PM 2/9/2020 | TFN0209 | Phone Withdrawal | ($104.00) | $1,303.97 |
| COA | 8:02:27 AM 2/1/2020 | TFN0201 | Phone Withdrawal | ($45.00) | $1,407.97 |
| COA | 11:28:02 AM 1/29/2020 | 1 | Sales | ($89.20) | $1,452.97 |
| COA | 12:38:58 PM 1/23/2020 | TL0123 | TRUL Withdrawal | ($15.00) | $1,542.17 |
| COA | 5:46:28 PM 1/21/2020 | 89 | Sales | ($68.35) | $1,557.17 |
| COA | 6:33:17 PM 1/19/2020 | TFN0119 | Phone Withdrawal | ($75.00) | $1,625.52 |
| COA | 11:44:57 AM 1/17/2020 | TFN0117 | Phone Withdrawal | ($18.00) | $1,700.52 |
| COA | 3:04:56 PM 1/15/2020 | 2 | Sales | ($55.55) | $1,718.52 |
| COA | 12:43:57 PM 1/13/2020 | TFN0113 | Phone Withdrawal | ($26.00) | $1,774.07 |
| COA | 1:01:26 PM 1/8/2020 | TFN0108 | Phone Withdrawal | ($38.00) | $1,800.07 |
| COA | 8:39:28 PM 1/8/2020 | 4 | Sales | ($51.20) | $1,838.07 |
| COA | 12:48:28 PM 1/8/2020 | TL0108 | TRUL Withdrawal | ($15.00) | $1,889.27 |
| | 9:22:37 AM | | | | |

1 2 3

**Total Transactions: 115**

| | | |
|---|---|---|
| **Totals:** | **$1,635.55** | **$0.00** |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| COA | $2,306.17 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,306.17 |
| **Totals:** | **$2,306.17** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$2,306.17** |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $2,025.00 | $1,126.80 | $1,276.94 | $2,339.97 | $2,293.57 | N/A | N/A |

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff/Petitioner* | ) | Civil Action No. |
| v. | ) | |
| _____ | ) | |
| *Defendant/Respondent* | ) | |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
**(Short Form)**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:



My gross pay or wages are:  $ _____ , and my take-home pay or wages are:  $ _____ per

*(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ❏ Yes | ❏ No |
| (b) Rent payments, interest, or dividends | ❏ Yes | ❏ No |
| (c) Pension, annuity, or life insurance payments | ❏ Yes | ❏ No |
| (d) Disability, or worker's compensation payments | ❏ Yes | ❏ No |
| (e) Gifts, or inheritances | ❏ Yes | ❏ No |
| (f) Any other sources | ❏ Yes | ❏ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4.  Amount of money that I have in cash or in a checking or savings account:  $ _____ .

5.  Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

7.  Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

8.  Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____

_____
*Applicant's signature*

_____
*Printed name*

LEGAL MAIL

Faouzi Jaber # 75840054
Fedral Correctional Complex-Medium
P. O. BOX 1032
Coleman, FL 33521



RECEIVED
SEP - 9 2020
S.D.N.Y.
PRO SE OFFICE

United States District Court
Attn: Clerk of Court's Office
500 Pearl Street
New York, New York 10007-1312

Finance



U.S. POSTAGE PAID
FCM LG ENV
COLEMAN, FL
33521
SEP 04 20
AMOUNT
$0.00
R2304Y122883-09

1023          10007

CERTIFIED MAIL

7018 0040 0000 6220 9928

LEGAL MAIL

LEGAL MAIL

8460