

RECEIVED
SEP 29 2020
PRO SE OFFICE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

AMENDED

Civil Case Number: _____

FORMAL DEMAND FOR TRIAL      AMENDED-ACT.

MR. FAOUZI ABDUL-MENHEM JABER, AFFIANT
(Write the full name of the plaintiff)

vs.

MS. CHRISTINA JANE DOE , HANLEY            ;

MS. ANDREA LEE SURRATT            ;     ALEXIE MARC SCHACHT,

MS. COLLEEN MCMAHON            ;     GEORGE D. TURNER ;

MS. SABRINA P. SHROFF            ;     DEFENDANTS, ET. AL.
(Write the full name of the defendant/s in this case)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**I.  Party Information**

**A.**  Plaintiff: MR. FAOUZI (ABDUL-MENHEM JABER

Address: (FCI) COLEMAN-MEDIUM, FEDERAL CORRECTIONAL INST.,

Inmate/Prison No.: 75840084          - POST OFFICE BOX-1032 -, FLA.

Year of Birth: 1955 (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

**B.**  Defendant: MS. ANDREA L. SURRATT  Defendant: MS. CHRISTINA _. HANLEY

Official Position: U.S. ATTORNEY PROSE  Official Position: (SPEC. AGENT) D.E.A.

Place of Employment: U.S. DEPT OF JUST.  Place of Employment: U.S. DRUG ENFORCE AGENCY

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants. )

1 OF 21

1

DEFENDANT ADDRESS AND IDENTIFICATION

PRELIMINARY SUMMARY

1. MS. CHRISTINA (JANE DOE) HANLEY,

I. EMPLOYMENT CAPACITY: (SPECIAL AGENT, UNITED STATES D.E.A.)

II. RELEVENT YEARS TO THIS SUIT/COMPLAINT: (BETWEEN - 2003 AND 2016)

III. LAW SUIT RANGE: (MS. C. (JANE DOE) HANLEY) IN INDIVIDUAL CAPACITY!

IV. ADDRESS SPECIFICITY: < AT: D.E.A. FIELD OFFICE, MANHATTAN - NEW YORK >

V. RACE AND GENDER: < WHITE FEMALE >

VI. NATURE OF 42 USC § 1983 RELIEF SOUGHT, IN PART: < SEE: INJUNCTION:

IN THAT THIS DEFENDANT NOT ENJOY (TAXPAYER GOV.) ATTORNEY REP.

VII. DEFENDANT'S APPROXIMATE AGE: < APPROX. 47 YR. OF AGE. >

RESPECTFULLY,

SUMMARY CONCLUDES

II.                    2  OF  21

DEFENDANT ADDRESS AND IDENTIFICATION

PRELIMINARY SUMMARY

2) Ms. ANDREA LEE SURATT, < NAME PHONETICALLY SPELLED >

I. EMPLOYMENT CAPACITY: (SPECIAL ASST. U.S. ATTORNEY GENERAL).

II. REVELENT YEARS TO THIS SUIT/COMPLAINT: (BETWEEN - 2003 AND 2016)

III. LAW SUIT RANGE: (MS. ANDREA LEE SURATT), SUED: INDIVIDUAL CAP.

IV. ADDRESS SPECIFICITY: < AT: OFFICE OF U.S. ATTORNEY, MANHATTAN >.

RE: U.S. ATTORNEY'S OFFICE, (SDNY)
ONE ST. ANDREW'S PLAZA
NEW YORK, NY. 10007
PHONE: < 212 > 637 - 2493
EMAIL: ANDREA.SURATT@usdoj.gov.

V. RACE AND GENDER: < WHITE FEMALE >.

VI. NATURE OF 42 USC $ 1983 RELIEF SOUGHT, IN PART: < SEE: INJUNCTION,
IN THAT THIS DEFENDANT NOT ENJOY (ANY IMMUNITIES); NOT ENJOY ANY
ENJOYMENT OF (REST. TAX - PAYER) GOV. ATTORNEY REPRESENTATION.

VII. DEFENDANT'S APPROXIMATE AGE: < APPROX: ___ YEARS OF AGE >.

RESPECTFULLY,

SUMMARY CONCLUDES

3 OF 21

III.

DEFENDANT ADDRESS AND IDENTIFICATION

PRELIMINARY SUMMARY

3> MRS. COLLEEN (JANE DOE) M^C MAHON,

– <FORMER: U.S. CHIEF DISTRICT JUDGE>

I. CAREER-EMPL. CAPACITY: <U.S. FEDERAL JUDGE>, SDNY.

II. RELEVENT YEARS TO THIS SUIT/COMPLAINT: <BETWEEN: (2012)...>

III. LAWSUIT-MALFEASANCE RANGE.: <THIS DEFENDANT IS SUED IN HER OFFICIAL CAPACITY-PURSUANT "FEDERAL INJUNCTION", AND IN HER (INDIVIDUAL) CAPACITY,... PROHIBITING ABSOLUTE OR QUALIFIED IM-MUNITIES OR OTHER PROTECTIONS ASSOCIATED TO/WITH "A" & "Q" IMMUNITY>.

IV. RACE AND GENDER.: < WHITE FEMALE >.

V. ADDRESS SPECIFICITY: < U.S. Chief Judge: Colleen McMahon >
< United States District Court >
Attn: Clerk of Court's Office
< 500 Pearl Street >
New York, New York 10007-1312
< >

VI. THE NATURE OF 42 USC§ 1983 RELIEF SOUGHT, IN PART; <SEE: INJUNCTION, IN THAT THIS (DEFENDANT) BE SANCTIONED AS SUED IN BOTH: OFFICIAL AND INDIVIDUAL CAPACITY! ADDITIONALLY, THAT THIS DEFENDANT BE ENJOINED, AUTOMATICALLY, AS INELIGIBLE FOR (ABSOLUTE OR QUALIFIED IMMUNITY).

VII. DEFENDANT'S APPROXIMATE AGE.: <APPROX.: 57 YEARS OF AGE.>.

RESPECTFULLY,

SUMMARY CONCLUDES FOR DEFENDANT

IV

DEFENDANT'S ADDRESS AND IDENTIFICATION

PRELIMINARY SUMMARY

4) MS. SABRINA P. SHROFF.

I. CAREER-EMPLOYEE / EMPLOYMENT CAPACITY.: ‹ FEDERAL PUBLIC DEFENDER ›

II. RELEVENT YEARS TO LAW SUIT/COMPLAINT.: ‹ BETWEEN- 2016 AND 2017 ›.

III. LAW SUIT RANGE.: ‹ MRS. SABRINA P. SHROFF › - TO SUED IN INDIVIDUAL

AND OFFICIAL CAPACITY.

IV. ADDRESS SPECIFICITY: ( STATE OF NEW YORK )....

‹                                                            ›
‹   Sabrina Shroff                                           ›
‹   Assistant Federal Defender                               ›
    Federal Defenders of New York, Inc.
    52 Duane Street, 10th Floor
    New York, New York 10007
‹                                                            ›

V. RACE AND GENDER SPECITY_RE.: ‹ WHITE FEMALE ›

VI. NATURE OF 42 USC§1983 RELIEF SOUGHT, IN PART .; ‹ THAT AN ORDER

BE ENTERED ON THIS DEFENDANT ENJOINING HER TO EMPLOY ATTORNEY

FOR HER DEFENSE AT HER OWN EXPENSES,... THAT MS. SHROFF BE ENJOIN-

-ED NOT TO BENEFIT FROM FREE GOV. REPRESENTATION IN THIS CASE AGAINST

HER.

VII. DEFENDANT'S AGE.: ‹ APPROX: 45 YEARS OF AGE ›

RESPECTFULLY,

SUMMARY FOR THIS DEFENDANT CONCLUDES

5 OF 21

V.

DEFENDANT'S ADDRESS AND IDENTIFICATION

PRELIMINARY SUMMARY

5). MR. ALEXIE MARC SCHACHT,

**I. EMPLOYMENT CAREER:** ⟨ ATTORNEY AT LAW, P.A. ⟩

**II. AT ALL TIMES, RELEVENT YEARS TO THIS SUIT/COMPLAINT:** ⟨2017-2020⟩

**III. LAW SUIT RANGES:** ⟨ MR. ALEXIE M. SCHACHT⟩, SUED IN INDIVIDUAL

CAPACITY

**VI. SPECIFICITY OF DEFENDANT'S ADDRESS:** ⟨...NEW YORK...⟩

⟨ AT___.: ⟩

```
Alexei Schacht
Attorney at Law
123 West 94th Street
New York, New York 10025
```

**V. RACE AND GENDER:** ⟨ JEWISH, WHITE MALE⟩

**VI. NATURE OF (42 USC § 1983 RELIEF SOUGHT):** ⟨ INJUNCTION,

ENJOINING THIS DEFENDANT DECLARE THE TRUTH ABOUT HIS ROLE

IN THE CONSPIRACY-CAMPEIGN WITH MS. SABRINA P. SHROFF; CO-

DEFENDANT, AND CO-DEFENDANT: MR. GEORGE D. TURNER

**VII. DEFENDANT'S APPROXIMATE AGE:** ⟨ APPROX: 48 YRS. OF AGE⟩

RESPECTFULLY,

SUMMARY CONCLUDES

6 of 21

VI.

## DEFENDANT'S ADDRESS AND IDENTIFICATION

## PRELIMINARY SUMMARY

~ 6 ). GEORGE D. TURNER ;

I. CAREER EMPLOYMENT CAPACITY. : < SPECIAL ASSISTANT U.S. PRO ⁻SECUTOR, AUSA >.

II. AT ALL TIMES, RELEVENT YEARS TO LAWSUIT / COMPLAINT : < SEE. : ⁻ IN JUNCTION > ⁻ BETWEEN : 2014 - 2020 >.

III. LAWSUIT / COMPLAINT : < DEFENDANT- MR. GEORGE D. TURNER > , IS SUED IN HIS INDIVIDUAL CAPACITY.

IV. ADDRESS SPECIFICITY ; < ..... NEW YORK .... >

< MR. GEORGE D. TURNER , < AUSA >

< ⁻AT. OFFICE OF U.S. ATTORNEY >

< ⁻ (SDNY) ⁻ ONE St. ANDREWS Pl. >

< NEW YORK, NEW YORK 10007 >

V. RACE AND GENDER. : < WHITE CAUCASION-MALE >.

VI. NATURE OF 42 USC§ 1983 RELIEF SOUGHT, IN - PART. : < SEE: ⁻ IN JUNCTION > ⁻ IT IS SOUGHT, IN THAT THIS DEFENDANT BE DECLARED AS HAVING KNOWINGLY AND WILLFULLY VIOLATED / VIOLATING CIVIL RIGHTS OF PLAINTIFF MR. JABER. AND THAT DEFENDANT MR. TURNER BE ENJOINED **NOT** TO ENJOY THE PRIVILEGE ⁻ OF GOVERNMENT ATTORNEY REPRESENTATION AT PUBLIC TAX-PAYER EXPENSES.

VII. DEFENDANT'S APPROXIMATE AGE : < .... 40 YEARS OF AGE > , APPROXIMATELY.

## SUMMARY CONCLUDES.

VII.          7 of 21

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

1). REGARDING DEFENDANT MS. C. HANLEY.; (SEE; SWORN-AFFIDAVIT) WITH REFERENCE TO HOW MS. CHRISTINA _ HANELEY, (SPECIAL AGENT WITH THE (DEA) U.S. DRUG ENFORCEMENT IS INVOLVED). PLEASE BE AD- -VISED THAT PLAINTIFF GIVES THIS "COMPLAINT."... THAT "AGENT" MS. HANLEY KNOWINGLY AND WILLFULLY, SUBMITTED (" FALSE ACCUSATIONS") TO (" INTER POLE"); (" U.S. GRAND JURY"), (" U.S. ATTORNEY GENERAL") AND (FEDERAL COURTS OF PRAGUE) IN 2015. AGENT: MS. HANLEY ACT- -ED UNDER COLOR-OF-LAW BUT BECAME "ROGUE AGENT" IN HER INDIVIDUAL CAPACITY! ( PLEASE SEE 'DETAILS' IN SWORN AFFIDAVIT ). AGENT MS. C. HANLEY'S "STING-CAMPEIGN", AGAINST ME, FALSELY IMPRIS- -ONED ME.

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

1). _ (REFERENCE OF COMPENSATORY DAMAGES).; RESTOR- -ATION OF MY FINANCIAL LOSSES: 38,490,000 DOLLARS. THIS ISSUE, THE FORMAL EQUIVALENT OF ₹33,660,000 EURO - REFERS TO MY JEWELERY, ONLY. THE NATURE OF RELIEF SOUGHT OR REQUESTED BY FILING THIS CIVIL ACTION IS A JURY-TRIAL VERDICT OR, A SETTLEMENT AGREEMENT WITH EACH DEFENDANT, WITH GOAL TO REIMBURST LOSSES

2). _ (REFERENCE OF ORDER FOR TRANSLATOR.: ) _ PLAINTIFF IS AN ARAB-LEBONESE, PLAINTIFF MR. JABER DOES **NOT** SPEAK OR WRITE

## II.  Statement of Claim

Briefly describe the facts of your case.  Describe how each defendant is involved, names of other persons involved, and dates and pl aces.  Each claim  should be stat ed in a separately num bered paragraph.  Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted.  Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

2). REGARDING DEFENDANT MRS. COLLEEN MC MAHON: (SEE: SWORN-AFFIDAVIT'). WITH REFERENCE TO HOW DEFENDANT MS. MC MAHON, U.S. CHIEF DISTRICT JUDGE, (FORMER)— FOR SOUTHERN DISTRICT OF (N.Y.) — NEW YORK, MANHATTAN-DIVISION—, WAS INVOLED, ("FALSE IMPRISON-MENT")—, 8th AMENDMENT VIOLATION — (7X THE VIOLATIONS) IN THE CONTEXT OF JOINT EFFORTS WITH: MS. HANLEY; MS. ANDREA SURATT; MR. GEORGE D. TURNER, (MRS. C. MC MAHON'S FORMER CLERK)— AND, MS. SABRINA P. SHROFF'S CAMPEIGN TO " TARGET " ARAB MUS-"LIM" FOREIGN NATIONALS, AGGRESSIVELY, BY FORCE, AS TERRORISTS. ( SEE: SWORN-AFFIDAVIT )

CONTINUATION OF PAGE 2 OF —

## III.  Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do).  Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

— ENGLISH; THE UNDERSIGNED WILL REQUIRE (ARABIC SPEAKER AND TRANSLATOR)— ACCORDINGLY, THIS 'IMPAIRMENT " AND HANDICAP MATTER IS DIRECTED TO ANY POTENTIAL FUTURE ( " EVIDENTIARY "); ("DEPOSITION "); OR, ( "TRIAL" ) PROCEEDINGS.

3). (REFERENCE OF ORDER FOR AN APPOINMENT OF ATTNY); THE UNDERSIGNED PLAINTIFF REQUESTS THIS COURT TO ENTER ORDER FOR APPOINTMENT OF COUNSEL TO REPRESENT HIM ON THIS MATTER. PLEASE DO NOTE: PLAINTIFF WILL SUBMIT AN INDEPENDANT-"MOTION".

9 OF 21

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

3). REGARDING DEFENDANT MRS. ANDREA L. SURATT: (SEE: SWORN-AFFIDAVIT). WITH REFERENCE TO HOW MRS. ANDREA LEE SURATT, (AUSAG) UNITED STATES ATTORNEY, SOUTHERN DISTRICT OF NEW YORK, 10001, WAS INVOLVED. (" PLEASE SEE SWORN AFFIDAVIT ").

PLAINTIFF AFFIRMATIVELY ASSERTS THAT DEFENDANT ANDREA SURATT WAS AND STILL IS, SADISTIC AND MALICIOUS TO HIM. PLAINTIFF GIVES THIS "COMPLAINT".... THAT, (AUSAG) MS. ANDREA SURATT WILLFULLY AND KNOWINGLY, SUBMITTED " FALSE " INFORMATION AND AFFIDAVITS TO A UNITED STATES GRAND - JURY AND SUMMONS FEDERAL JUDGES IN ORDER TO OBTAIN "CONVICTION" - AND - "FALSE IMPRISONMENT"

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

10 OF 21

3.

## II. Statement of Claim

Briefly describe the fact  f your case.  <u>Describe how each defendant is involve</u>  names of other persons involved, and d  s and pl aces.  Each claim  should be st at ed in a sep  tely num bered paragraph.  Please use sl  t and plain statements, with separately numbered para  aphs indicating why the relief requested  ould be granted.  Do not include legal arguments or cit  ases or statutes. Attach additional pages,  necessary.

4). REGARDING DEFENDANT MS. SABRINA P. SHROFF.:

WITH REFERENCE TO HOW DEFENDANT SABRINA P. SHROFF IS INVOL-

VED, PLAINTIFF: MR. F. JABER GIVE THIS (1983) LAW SUIT; COMPLAINT

THAT DEFENDANT; MS. SABRINA P. SHROFF, ( FEDERAL PUBLIC DEF.)=,

SOUTHERN DISTRICT OF NEW YORK, DID WILLFULLY AND KNOWINGLY,

DEPRIVE (ME), MR. FAOUZI, OF MY: RIGHT TO BE FREE FROM CRUEL AND

UNUSUAL TREATMENT WHILE IN HER CARE AND INHERENTLY, IN THE

CARE AND CUSTODY OF U.S. MARSHALS AT MCC NEW YORK.

## III. Relief Requested

Briefly state what you ar  requesting from the Court (what do you want the Cou  to do).  Do not include legal arguments  cite cases or statutes. Attach additional pages, if nece  ;ary.

4.

## II. Statement of Claim

Briefly describe the facts of your case.  Describe how each defendant is involved, names of other persons involved, and dates and places.  Each claim should be stated in a separately numbered paragraph.  Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted.  Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

5). REGARDING DEFENDANT MR. GEORGE D. TURNER.: <SEE: SWORN AFFIDAVIT>, WITH REFERENCE TO HOW MR. GEORGE D. TURNER, <I.E. THE (AUSA) - ASST. UNITED STATES ATTORNEY; (SDNY) - PROSECUTOR: CASE No.: S1 · 13·CR·485·CM·1 >.... IS INVOLVED! <SPECIFICITY OF INVOLVEMENT>; I, PLAINTIFF: MR. FAOUZI A.M. JABER, GIVE THIS (42 USC § 1983-LAW SUIT), THAT DEFENDANT: MR. ALEXIE MARK SCHACHT, (FEDERAL CRIMINAL PRACT-ICING TRIAL ATTORNEY), DID WILLINGLY AND KNOWINGLY, VIOLATE MY UN-ALIENATED (FIRST· (1ST). AMENDMENT RIGHT·.... MEANING: I WAS THREAT-ENED BY ATTORNEY: ALEXIE SCHACHT WHO TOLD ME TO (SHSSS MY MOUTH) AFTER JUDGE INQUIRY WITH ME. (SEE: SWORN-AFFID.)! MR. TURNER ALLOWED THREAT!

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do).  Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

< RELIEF SOUGHT>!  THE NATURE OF RELIEF REQUESTED, REGARDING THIS DEFENDANT IS HEREBY CONSOLIDATED, IN AND WITH, ALL DE-FENDANTS COLLECTIVELY.

(SEE: PAGE 2 OF 21)!

12 OF 21

## II. STATEMENT OF CLAIM:

### II. DESCRIPTION OF HOW EACH DEFENDANT IS INVOLVED:

6). REGARDING DEFENDANT MR. ALEXIE MARC SCHACHT:  ⟨SEE: PLAINTIFF'S SWORN-AFFIDAVIT⟩, WITH REFERENCE TO HOW DEFENDANT: MR. ALEXIE MARC SCHACHT IS INVOLVED, THIS SECTION REFERS.

PLEASE BE ADVISED THAT I, PLAINTIFF: MR. FAOUZI JABER, PRO-SE: ⟨SWORN-AFFIANT⟩, GIVES THIS ("... COMPLAINT...") THAT DEFENDANT ALEXIE WAS HIRED IN THE MONTH OF NOV. , THE YEAR OF 2017 , AS MY FEDERAL TRIAL ATTORNEY, BEFORE DEFENDANT: JUDGE MRS. COLLEEN (JANE ME )-MCMAHON, REPRESENTATIVE OF DEFENSE PARTY FOR (3) THREE YEARS, AP - -PROXIMATELY. I GIVE THE SPECIFICITY OF THE DEFENDANT: ALEXIE'S IN- -VOLVEMENT AND ROLE .... I WILL CHARACTERIZE AS AN ACCOMPLICE TO, AND WITH, THE OTHER (5) FIVE) NAMED DEFENDANT IN THIS LAW SUIT.

⟨FIRST AMENDMENT⟩:: AS ASSERTED BY SWORN-AFFIDAVIT, IN ADVANCE, DEFENDANT ALEXIE SCHACHT SWITCHED AND BECAME ROGUE ATTORNEY — PLAYING REP. FOR U.S. ATTORNEY-PROSECUTOR AND "FRIENDS." MORE SPECIFICALLY, ALEXIE SCHACHT WAS VEHEMENT WHEN DENYING ME TO SPEAK TO JUDGES, IN CASE NO.: S1-13-CR-485-CM-1, WHEN I WAS SPOKEN TO BY THE JUDGES. ALEXIE SCHACHT OFTEN THREATENED TO ABORT AND ABANDON ME TO DEFENDANTS: COLLEEN; SABRINA; AND, MR. TURNER. ALEXIE SCHACHT WAS, AND STILL IS , ONE OF SEVERAL DEFENDANTS KEY, TO CAMPAIGN AGAINST ME DEPRIVING ME OF MY (1ST) FIRST) AMENDMENT RIGHT TO SPEAK OR REPORT THREATS AGAINST ME IN MY DEFENSE DURING THE PRESIDING AND PERIOD OF MY CRIMINAL PRETRIAL PROCEEDINGS.

<u>DEFINITIVE STATEMENT OF INCIDENT.:</u>

<u>PLAINTIFF GIVES CLEAR AND LEGIBLE DECLARATION</u>

**❬I.** _ PROOFS AND REASONS RESULTING IN LOSSES.:

1❭. <u>DECLARATION AND DISCLOSURE.:</u> THE NATURE OF THE INACTIONS

2❭. **AND** MALFEASANCE, WHICH.....I GIVE PROOF **AND** REASON OF, **IN AND**

3❭. FOR, ALL INVOLVED DEFENDANTS, THAT **STOKED** THE CONSPIRACY TO

4❭ TARGET ME IN THE INFAMOUS ❬OPERATION CASANDRA❭ STING GARN-

5❭. ISHED BY THE UNITED STATES OF AMERICA'S.... (D.E.A. AND U.S. DEPT. OF

6❭ - JUSTICE) _ IS WHAT I PRESENT, **AND** REFERS TO <u>MS. HANELLEY</u>

7❭. AND <u>MRS. **COLLEEN** MᶜMAHON AND MS. ANDREA LEE SURRATT.</u>

8❭. _ <u>CONTINUATION.:</u> FURTHER, I GIVE THIS STATEMENT OF FACTS

9❭. THAT THE ❬TWO❭ ISSUES REFERS .....1❭. PROOF **AND** 2❭. REASON.

10❭. MORE SPECIFICALLY, I WAS AN ADVISOR TO THE PRESIDENT

11❭. AND A BUSINESS-MAN WHO AQUIRED GREAT WEALTH. WELL,

12❭. I **LOST** ALL MY AQUIRED WEALTH. ❬REASON: DEFENDANTS

13❭. <u>MRS. CHRISTINA ( JANE DOE ) HANNELLEY AND MRS. ANDREA LEE</u>

14❭. <u>SURRATT.BOTH,</u> CREATED A SITUATION OF **CHAOS** IN MY LIFE.

15❭ _ <u>CONTINUATION.:❭</u> _ THE NATURE OF THE NARRATIVE IS WHEN I

16❭. WAS ARRESTED IN PRAGUE ( CZ REPUBLIC) **AND**, AS IT WAS RE-

17❭- VEALED LATER, I WAS WRONGFULLY TARGETED AND WRONG-

18❭. FULLY **INDICTED BY** THE UNITED STATES GRAND-JURY BASED ON

19❭. OR UPON ❬LIES❭ PROFFERED BY THE (ABOVE NAMED) DEFEND-

20❭- ANTS: 1❭. <u>MS. HANELY</u>; 2❭. <u>MS. ANDREA L. SURRATT</u>; AND, 3❭. <u>MRS.</u>

21❭. <u>COLLEEN ( JANE DOE) MᶜMAHON.</u>

14   OF   21

DEFINITIVE STATEMENT OF INCIDENT:

PLAINTIFF GIVES CLEAR AND LEGIBLE DECLARATION

(II. (PROOFS AND THE REASONS) OF .."MALFEASANCE".. RESULTING

IN LOSSES —.:

22). CONTINUATION.: _ (CAUSAL REFERENCE): I GIVE , FOR THIS

23) LAW SUET , MY STATEMENT OF FACTS THAT WHEN THESE MAL -

24) - VELENT AND ROGUE DEFENDANTS ARE ALLOWED TO ARREST

25) ME ON FALSE PRETENSE; ALLOWED TO MAKE FALSE AFFID-

26) - AVIT AGAINST ME AND THEN DENY ME DUE -PROCESS OF LAW;

27) ALLOWED TO HIDE EVIDENCE FROM THE U.S. GRAND -JURY; AR-

28) - REST ME ON THE PREMISES AND JURISDICTIONS OF PRAGUE;

29) (CONTINUATION) .... ALLOWED TO HIDE EVIDENCE FROM THE U.S.

30) GRAND - JURY _ REGARDING : A) PHONE CONVERSATION IN ALL

31) ARABIC LANGUAGE (2011)-(2012); B). ARABIC TRANSLATION FROM

32) (13) THIRTEEN C.D. ROM DISCS - (DISCOVERY MATERIAL DISCLOSURE)

33) AND C). FAYSAL MAKKI , MR. JOSEPH NOON AND ALI FAYAD; AL-

34) - LOWED TO MANIPULATE CLASSIFIED OR UNCLASSIFIED MATERIAL IN-

35) - FORMATION.... FOREWARDING THAT MANIPULATED INFORMATION)

36) (CONTINUATION) (TO INTERPOLE - FEDERAL POLICE WITH THE RE-

37) SULT AND GOAL , IN MIND , TO IMPRISON ME AND MY WEALTH;

38) HENCE , THE INSTANT DEFENDANTS WRONGFULLY DEPRIVED ME .

DEFINITIVE STATEMENT OF INCIDENT:

PLAINTIFF GIVES CLEAR AND LEGIBLE DECLARATION.:

III.  PROOFS AND REASONS ... < MALFEASANCE... >, RESULTING IN
CATASTROPHIC LOSS ...:

39). - < CONTINUATION...>: WITH REFERENCE TO MS. ANDREA SURRATT; MS.
40) CHRISTINA HANELLEY; OF THE UNITED STATES (D.E.A.), WHO CREATED
41> THIS SITUATION IN MY COUNTRY: (IVORY COAST IN WEST AFRICA) WHO
42> ARE <KEY> CAUSE, FROM WHICH I UNLAWFULLY, UNCONSTITUTION-
43> ALLY AND INVOLUNTARILY LOSEED ALL OF MY ($ MONEY / WEALTH)
44> WE: MY FAMILY AND I, ACCRUED BY MY OWN BUSINESSES
47> AND FOUNDATIONS — FROM: 1976- TO - 2014. THE (2014) AR-

48). - < CONTINUATION>:__  - REST HAPPENED IN (PRAGUE), CZ RE-
49> - PUBLIC.  THIS UNLAWFUL ACTION AND (TARGET STING) CAMPEIGN
50) BY (D.E.A.), UNITED STATES OF AMERICA, JOINT INTERNATIONAL OP-
51> - ERATION RESULTED IN PEOPLE, FROM AND IN MY HOME LAND, RO-
52> - BUING OR STEALING ALL OF MY (BUSINESS GOODS): - MATERIALS;
53> JEWELRY; FOODS; CONSTRUCTION- MATERIALS; INDUSTRIAL MAT-
54> - ERIALS; AND, VARIOUS OTHER-NUMEROUS WORKING MATERIAL PRO-
    - DUCTS.

STATEMENT :

55> CONTINUATION.>.: __ I ALSO, LOST VALUABLE - WORKER RECRUIT
56> INVESTMENT CAPITAL.  EACH LOSS .... ARE A DIRECT RESULT
57> OF AND FROM, THE ILLEGAL AND < "LIBELOUS" > ACCUSATIONS !!!!

9                    16 OF 21

<u>DEFINITIVE STATEMENT OF INCIDENT:</u>

<u>PLAINTIFF GIVES CLEAR AND LEGIBLE DECLARATION.:</u>

IV. —〈SPECIFICITY OF "LIBELOUS GOV. ACCUSATION"〉:

58). ——〈CONTINUATION....〉: FIRSTLY, I GIVE REASON..... FOR THE SUF-

59). FER OF MY APPARENT LOSSES. I HAVE OBSERVED, IN 2014 YEAR, WHERE

60). U.S. GOV. ...., ( _"D.E.A."_ 〉 LEAD AGENT: MRS. ANDREA LEE. SURRATT,

61). (ASST. U.S. ATTORNEY), NOW, DEFENDANT...., FORE-WARDED A FALSE

62). AFFIDAVIT TO THE (D.O.J.) DEPARTMENT OF JUSTICE OF PROGUE, CZ-

63). - REPUBLIC 〉 THAT I PROPOSED OR GARNISHED THE ACTIONS AND

64). BUSINESS OF AIDING (F.A.R.C.), AN ALLEGED TERRORIST ORGANIZATION.

65). ——〈CONTINUATION....〉: MORE SPECIFICALLY, ANDREA LEE SUR-

66). - RATT CHARGED; THAT, I PROPOSED THIS TERRORIST BUSINESS TO

67). (TWO) OF THE (D.E.A.'s) CONFIDENTIAL SOURCES ("CSS").  LEAD (D.E.A.)

68). SPECIAL AGENT MS. CHRISTINA (JANE DOE) HANNELEY, (2014), IS AN

69). INSTRUMENTAL LIAR, FALSELY ALLEGING IN OWN (AFFIDAVIT) AS WELL,

70). THAT HER (TWO) SPECIAL AGENT; (CSS)-NEVER APPROACH ME OR

71). BROKERED, TO ME, THIS IDEAL OF TERRORIST BUSINESS. SHE LIE!

72). .....〈CONTINUATION〉: PLEASE SEE: THE SWORN-AFFIDAVIT

73). OF <u>PLAINTIFF</u>; MR. FAOUZI A.M. JABER, WHICH: CLARIFY, EXPLICATE,

74). OUTLINES, AND TESTIFY IN DETAIL, ABOUT HOW BOTH: MS. SURRATT,

75). AND MS. HANNELEY CHANGED THEIR ("AFFIDAVITS"), IN SUPPORT

76). OF A FALSE U.S. GRAND-JURY INDICTMENT OR, 〈_"FALSE ACCUSATION"〉

77). IN ORDER TO SECURE OR SCORE 〈"FOREIGN-EXTRADITION"〉.... AND

## DEFINITIVE STATEMENT OF MALFEASANCE:

## PLAINTIFF GIVES CLEAR AND LEGIBLE DECLARATIONS:

## V. < _ PROOF / REASON _ >:

78) _ (CONTINUATION _): THEN, HOW OR WHY THE HIGH COURT OF PRAGUE

79) CHANGED ITS JUDICIAL DECISION TO GO ON AHEAD AND EXTRADITE ME,

80) PLAINTIFF: FAOUZI JABER FROM PRAGUE (TO) UNITED STATES. MIND YOU,

81) PRAGUE INQUIRED WITH U.S. (D.O.J.) AS TO "TRUTH", NOT "LIES"!

82) WELL, ULTIMATELY, HIGH COURT OF PRAGUE, CZ REPUBLIC, GAVE IN

83) TO THE U.S. (D.O.J.) LIES IN ITS (..." DOCTORED UP..."> FALSE

84) AFFIDAVITS. I LOESED EVERYTHING OF MY BUSINESSES AND PROPERTY!

85) _ ...< _ CONTINUATION _ >: _ I GIVE STATEMENT AND DECLARATION

86) THAT, AGAINST BOTH: MS. HANNELEY AND MS. SURRATT, THEIR FALSE

87) AFFIDAVITS, I EMPLOY THE TANGIBLE (DISCOVERY) MATERIAL); SEE:

88) (13) THIRTEEN (CD-ROM. DISC), _ ... EVIDENTIARY PROOF THAT

89) CONTRADICTS THE FALSE CLAIMS OF BOTH DEFENDANTS. SPECIFICALLY,

90) WITH REGARDS TO CLAIMS TO PRAGUE AUTHORITYS REFERENCING ME

91) AS THE PROPOSER OR SOLICITOR OF AIDING (F.A.R.C.) ORG..

92) _ ...< HIGH COURT OF PRAGUE, ITINERARY _ >; (CONT. _): THE CLEAR

93) INTENTION OF PRAGUE'S HIGH-COURT _ AND _ THE NATURE OF ITS PLAN -

94) - ITINERARY.... IS MR. FAOUZI JABER BE RELEASED FROM CUSTODY AND

95) FEDERAL RESTRAINT AND I GIVE THIS (EVIDENCE) FROM RECORDED

96) THAT THAT (ITINERARY PLAN) WAS THWARTED AND, DECISIONS

97) OF PRAGUE - AUTHORITYS CHANGED AFTER FALLING VICTIM TO ALL

(OF THE DOCTORED INDICTMENTS, OR "FALSE ACCUSATIONS>."

DEFINITIVE STATEMENT OF MALFEASANCE:

PLAINTIFF GIVES CLEAR AND LEGIBLE DECLARATIONS.:

## CONCLUSION_.;

## VI. _< PROOF AND REASON - CONCLUSION>.:

98). _< REFERENCE OF CIVIL "MENS-REA" __>; (THE DEFENDANTS).: _I DO

99). GIVE THIS CONCLUSION; I GIVE THIS NATURE OF EACH (CIVIL MENS-REA

100). MALFEASANCE ACT) OF EACH DEFENDANT, AND COLLECTIVELY THAT

101). DEFENDANTS: MS. SABRINA SHROFF; GEORGE TURNER; AND, MR. ALEXIE

102). MARC SCHACHT _____, WERE ASPIRED TO COERCE ME TO LIE TO THE

103). U.S. DISTRICT COURT ABOUT (KNOWLEDGE OF " F.A.R.E. ORG.") - AND,

104). EACH PRESENTED: (CIVIL MENS-REA & CRIM. MENS. RHEA ), IN EFFECT.[1]


105). _< CONT. OF CONCLUSION >.: I GIVE THIS SUIT AGAINST DEF —

106). ENDANTS THAT : A). CHRISTINA HANNELEY; B). ANDREA SURICATT HAD

107). ASPIRED MOTIVE TO OBTAIN (ARREST & CRIM. CONVICTION), BY AMBUSH;

108). AND THAT;  C). SABRINA SHROFF; D). COLLEEN (JANE DOE) McMAHON;

109). MR. GEORGE D. TURNER; AND, MR. ALEXIE M. SCHACHT... ALL, DID

110). WILLINGLY AND KNOWINGLY, ENCOURAGE ME, ASPIRED ME,

111). URGE ME AND THREATEN ME.... TO TAKE PLEA OF GUILTY TO INDICT —


112). _< CONT. OF CONCLUSION >.: — .... MENT RETURNS AND EACH

113). DEFENDANT, SUED IN INDIVIDUAL AND COLLECTIVE CAPACITY, KNEW

114). THAT THEIR ACTIONS WERE WRONG AND ILLEGAL UNDER LAWS

115). OF THE UNITED STATES OF AMERICA .

## CONCLUSION :

**VII** < FINALITY, PROOF AND REASON FOR MY LOSSES >.:

DECLARATION _.:"

116> — < FINALITY OF MALFERANCE _ >.: I (GIVE) THIS BRIEF

117> FINALITY OF FACTS- CONCLUSION AND DECLARATION THAT,

118> DEFENDANT: MS. SHROFF WAS IN CONSPIRATORIAL CAMPEIGN,

119> AGAINST ME, WITH (FEDERAL) PRISONER: MR. ZARRAB REZA,

120> REFERENCE OF A CIVIL RIGHTS VIO. PRISON-RAPE CASE; THEN,

121> MS. SHROFF USES THAT MANIPULATIVE CANDOR AND RESOL-

122> -VE TO INFLUENCE MY CRIM. CASE AND DEFENDANT MS. McMAHON.


123> — < CONT. OF CONCLUSION >_.: FURTHER, DEFENDANTS:

124> SHROFF; McMAHON; TURNER; SCHACHT; AND, SKIRRATT___,

125> RESPECTFULLY, EACH OF THEM .... ENGAGED CASE No.: B1

126> -13-CR-483-CM-1. WITH REFERENCE TO ALL THE LIES, THE

127> OBSTRUCTION OF JUSTICE-(SEE; CONGRESSIONAL AFFIDAVITS),

128> THE DENIAL OF RELIEF TO ANY AND ALL (MOTIONS) I FILED,

129> EACH OF THESE DEFENDANTS CAMPEIGNED TO DEPRIVE ME

OF MY CONSTITUTIONAL RIGHTS AND DUE-PROCESSES.


130> — < CONCLUSION >.: — I GIVE THIS LAW SUIT, AGAINST

131> DEFENDANT COLLEEN McMAHON, TO BE PROCESSED INJUNCTIVELY

132> ONLY, THAT: McMAHON WAS VERY VENDICTIVE AGAINST ME IN

133> SENTENCING OF (15) FIFTEEN YEARS .... TELLING ME; <..." MR. JABER

134> I AM SORRY YOU WON'T SEE YOUR MOTHER BEFORE SHE DIE">

PLEASE VIEW ALL AFFIDAVITS!!!

_____

_____

**IV. Jury Demand**

Are you demanding a jury trial?        ✓ Yes        ____ No

Signed this _____ day of _____, 20_____

_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: _____

_____
Signature of Plaintiff

# Inmate Statement



| | | | | |
|---|---|---|---|---|
| **Inmate Reg #:** | 75840054 | | **Current Institution:** | Coleman FCC |
| **Inmate Name:** | JABER, FAOUZI | | **Housing Unit:** | COM-A-D |
| **Report Date:** | 08/06/2020 | | **Living Quarters:** | A07-065L |
| **Report Time:** | 12:53:37 PM | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| COA | 8/5/2020 8:58:59 AM | 2 | | | Sales | ($33.80) | | $2,306.17 |
| COA | 8/4/2020 9:44:56 AM | TFN0804 | | | Phone Withdrawal | $50.00 | | $2,339.97 |
| COA | 7/9/2020 4:54:00 PM | 1 | | | Sales | ($38.25) | | $2,289.97 |
| COA | 6/22/2020 8:29:49 PM | 136 | | | Sales | ($8.00) | | $2,328.22 |
| COA | 6/22/2020 8:29:31 PM | 135 | | | Sales | $5.00 | | $2,336.22 |
| COA | 6/22/2020 3:44:21 PM | 110 | | | Sales | ($46.80) | | $2,331.22 |
| COA | 6/16/2020 8:37:05 AM | 1 | | | Sales | ($57.40) | | $2,378.02 |
| COA | 6/15/2020 2:38:55 PM | TL0615 | | | TRUL Withdrawal | ($15.00) | | $2,435.42 |
| COA | 6/15/2020 11:04:58 AM | 33320167 | | | Western Union | $1,990.00 | | $2,450.42 |
| COA | 6/12/2020 8:22:16 AM | TFN0612 | | | Phone Withdrawal | ($50.00) | | $460.42 |
| COA | 6/5/2020 2:38:37 PM | 63 | | | Sales | ($8.40) | | $510.42 |
| COA | 6/4/2020 12:33:18 PM | 33 | | | Sales | ($22.10) | | $518.82 |
| COA | 5/29/2020 8:44:16 AM | 1 | | | Sales | ($70.90) | | $540.92 |
| COA | 5/21/2020 8:57:21 AM | 2 | | | Sales | ($42.95) | | $611.82 |
| COA | 5/20/2020 1:07:22 PM | TFN0520 | | | Phone Withdrawal | $55.75 | | $654.77 |
| COA | 5/20/2020 10:39:01 AM | TL0520 | | | TRUL Withdrawal | ($15.00) | | $599.02 |
| COA | 5/14/2020 9:20:43 AM | 42 | | | Sales | ($27.15) | | $614.02 |
| COA | 5/7/2020 8:43:05 AM | 3 | | | Sales | ($23.30) | | $641.17 |
| COA | 4/30/2020 1:15:24 PM | 95 | | | Sales | ($8.00) | | $664.47 |
| COA | 4/28/2020 7:46:44 PM | 11249 | | | SPO - Released | | $137.10 | -------- |
| COA | 4/28/2020 7:46:44 PM | 134 | | | Sales | ($137.10) | | $672.47 |
| COA | 4/24/2020 1:58:12 PM | TL0424 | | | TRUL Withdrawal | ($5.00) | | $809.57 |
| COA | 4/16/2020 9:34:09 AM | 11249 | | | SPO | | ($137.10) | -------- |
| COA | 4/9/2020 5:42:20 PM | 84 | | | Sales | ($10.00) | | $814.57 |
| COA | 4/9/2020 12:38:53 PM | 63 | | | Sales | ($12.70) | | $824.57 |
| COA | 4/9/2020 12:38:19 PM | 62 | | | Sales | $0.00 | | $837.27 |
| COA | 4/7/2020 8:33:06 AM | TFN0407 | | | Phone Withdrawal | ($50.00) | | $837.27 |
| COA | 3/31/2020 12:06:44 PM | 72 | | | Sales | ($62.95) | | $887.27 |
| COA | 3/21/2020 2:23:17 PM | TFN0321 | | | Phone Withdrawal | ($50.00) | | $950.22 |
| COA | 3/21/2020 12:38:54 PM | TFN0321 | | | Phone Withdrawal | ($11.00) | | $1,000.22 |
| COA | 3/21/2020 12:36:38 PM | TL0321 | | | TRUL Withdrawal | ($10.00) | | $1,011.22 |
| COA | | 33320080 | | | Western Union | $35.00 | | $1,021.22 |

| | | | | | |
|---|---|---|---|---|---|
| | 3/20/2020 12:05:03 PM | | | | |
| COA | 3/18/2020 12:32:44 PM | 61 | Sales | ($19.60) | $986.22 |
| COA | 3/11/2020 6:43:34 PM | 135 | Sales | ($92.30) | $1,005.82 |
| COA | 3/4/2020 1:47:45 PM | 40 | Sales | ($31.75) | $1,098.12 |
| COA | 2/25/2020 6:22:34 PM | 72 | Sales | ($19.95) | $1,129.87 |
| COA | 2/21/2020 12:56:17 PM | 64 | Sales | ($90.00) | $1,149.82 |
| COA | 2/12/2020 2:22:09 PM | 65 | Sales | ($64.15) | $1,239.82 |
| COA | 2/9/2020 8:02:27 AM | TFN0209 | Phone Withdrawal | ($104.00) | $1,303.97 |
| COA | 2/1/2020 11:28:02 AM | TFN0201 | Phone Withdrawal | ($45.00) | $1,407.97 |
| COA | 1/29/2020 12:38:58 PM | 1 | Sales | ($89.20) | $1,452.97 |
| COA | 1/23/2020 5:46:28 PM | TL0123 | TRUL Withdrawal | ($15.00) | $1,542.17 |
| COA | 1/21/2020 6:33:17 PM | 89 | Sales | ($68.35) | $1,557.17 |
| COA | 1/19/2020 11:44:57 AM | TFN0119 | Phone Withdrawal | ($75.00) | $1,625.52 |
| COA | 1/17/2020 3:04:56 PM | TFN0117 | Phone Withdrawal | ($18.00) | $1,700.52 |
| COA | 1/15/2020 12:43:57 PM | 2 | Sales | ($55.55) | $1,718.52 |
| COA | 1/13/2020 1:01:26 PM | TFN0113 | Phone Withdrawal | ($26.00) | $1,774.07 |
| COA | 1/8/2020 8:39:28 PM | TFN0108 | Phone Withdrawal | ($38.00) | $1,800.07 |
| COA | 1/8/2020 12:48:28 PM | 4 | Sales | ($51.20) | $1,838.07 |
| COA | 1/8/2020 9:22:37 AM | TL0108 | TRUL Withdrawal | ($15.00) | $1,889.27 |

1 2 3

**Total Transactions: 115**

| | | | Totals: | $1,635.55 | $0.00 |
|---|---|---|---|---|---|

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| COA | $2,306.17 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,306.17 |
| **Totals:** | **$2,306.17** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$2,306.17** |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $2,025.00 | $1,126.80 | $1,276.94 | $2,339.97 | $2,293.57 | N/A | N/A |

JABER FAOUZI
#75840254
FEDERAL CORRECTIONAL COMPLEX MEDIUM COLEMAN (UNIT A4)
P.O. Box 1032
COLEMAN FLORIDA 33521-1032

To: ATTN: CLERK OF COURT'S COURT 500 PEARL STREET
NEW YORK 10007-1312.

SEPTEMBER 23 2020

# AMENDMENT

## 1983 LAWSUIT

SIR: PLEASE THE INMATE HO SPEAK ENGLISH WHO WAS
HELPING ME TO WRITE MY COMPLAIN ALL THIS Documents
HE GO FROM PRISON.
ME: I DONT SPEAR ENGLISH Good. I SPEAK ARABIC

SIR: I WHANT LAWYER AND ARABIC TRANSLETTER IF NO
IT WILL BE VERY DIFFICULT TO ME TO WRITE ENGLISH
AND I HAVE LOTS OF OTHERS Documents. I CANT SEND THEM
TO YOU BEACAUSE THE UNIT TEAM AND THE WARDEN THE
DONT TAKE CARE. I TOLD THEM TO DO PHOTOS COPIES AND
TAKE MONY FROM MY ACCOUNT. BEACAUSE WE ARE IN
LOCK DOWN FROM MARCH-20-20. BEACAUSE COVID-19. THEY
ONLY ACCEPT 2 TIMES THEY DO SMALL COPIES NOL ALL.
I AM TIERD TO TELL THEM

SIR: I HAS ALREADY SEND YOU MY COMPLAIN FROM SEPTEMBER
4-20 AND THEY WAS DELIVERY TO YOU ON SEPTEMBER
8-20

SIR: AND I HAS PAID FROM MY ACCOUNT TO YOUR COURT FEES
450.00 Dollars. Included MY LETTER TO YOU COPY OF
THE RECEIPT THA I HAS PAID FROM AUGUST-25-20
SIR: I HAVE ANOTHER IMPORTANT Documents BUT I CAN'T
SEND TO YOU BEACAUSE THEY DONT DO PHOTOS COPIES
TO SEND YOU THE ORIGINAL. I AM TIERD TO TELL THEM
TO HELP ME TO DO COPY. AND I PAID. THEY DONT TAKE CARE

JABER FAOUZI



U.S. POSTAGE PAID
COLEMAN, FL
33521
SEP 24, 20
AMOUNT
$0.00
R2304Y122863-09

**CERTIFIED MAIL**

7018 0040 0000 6220 9072

★ **MAIL** ★

**PRESS FIRMLY TO SEAL**

- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- INSURANCE INCLUDED*
- PICKUP AVAILABLE
  * Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

**FROM:**

Faouzi Jaber
Reg. No. 75840-054
Federal Correctional Complex Coleman-Medium (Unit A-4)
Post Office Box 1032
Coleman, Florida 33521-1032

 RECEIVED SEP 29 2020 CLERK'S OFFICE S.D.N.Y.

**TO:**

United States District Court
Attn: Clerk of Court's Office
500 Pearl Street
New York, New York 10007-1312

Pro Se
JKR

**Legal Flat Rate Envelope**
EP14L February 2014
OD: 15 x 9.5

PS00001000060

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

**UNITED STATES POSTAL SERVICE®**