JABER FAOUZI
#75840054
FCI COLEMAN MEDIUM
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1032
COLEMAN FLORIDA 33521

RECEIVED
SDNY PRO SE OFFICE
2020 OCT 27 PM 2:48

Civil case number: 20-CV-7347 (LLS)

TO: CLERK OF COURT'S OFFICE

SIR: I HAS RECEIVED LEGAL MAIL FROM YOUR COURT SIGNED BY THE HONORABLE JUDGE, ON 10/6/2020 THAT THE FIRST PAYMENT I DO 450 DOLLARS WAS NOT THE AMOUNT AND IT HAS BEEN RETURN TO ME, AND I MUST TO DO NEW PAYMENT OF 400 DOLLARS.

10/8/2020 I HAS GIVE MY CONSELOR OF MY UNIT (A4) THE ORDER OF PAYMENT 400 DOLLARS AND LEGAL MAIL TO SEND TO YOUR RESPECT COURT AND MY LEGAL MAIL WAS CERTIFIED MAIL RECEIPT (7018 0040 0000 6220 9034)

YESTERDAY THUSDAY 10/20/2020 I HAS BEEN SURPRISE THAT MY ACCOUNT HAS NO BEBIT OF 400 DOLLARS BEACAUSE WE ARE IN LOCK DOWN BEACAUSE COVID-19 WE ARE CLOSED EVERY INMATE IN HIS CELLULE. WE DON'T HAVE ACCES TO COMPUTER OR TO PHONE OR TO GO TO (RAND O) TO SEND OUR LEGAL MAILS OR NORMAL MAILS WE LIVE IN VERY DIFICULT SITUATION

SO TODAY. MY CONSELOR COMME TO HIS OFFICE 10/20/2, BEACAUSE HE DON'T COMME EVERY DAY. AND HE DON'T COMME EVERY TIMES TO SEE WHAT WE WHANT WE CAN GO TO HIS OFFICE HO IS IN OUR UNIT BEACAUSE WE ARE CLOSED IN THE CELL. SO I SEND HIM CAP OUT TO ASK HIM I DON'T SEE PAYMENT OF THE 400 DOLLARS FROM MY ACCOUNT HO MUST TO BE DUING FROM 10/8/2020 AND I DIDN'T RECEIVED FROM YOUR COURT THE CERTIFIED MAIL RECEIPT THAT YOU HAVE RECIVED MY LEGAL MAIL HO SUPPOSE TO BE INSIDE THE PAYMENT RECEIPT OF 400 DOLLARS. AND I HAS SEND MY ACCOUNT STATMENT FOR THE LAST SIX MOUNTHS

SO SIR I DON'T KNOW IF YOU HAVE RECEIVED MY LEGAL MAIL AND THE STATMENT OF LAST SIX MOUNTHS. AND THE PAYMENT OF 400 DOLLARS. BEACAUSE THE JUDGE SAID I HAVE 30 DAYS MEAN 11/6/2020 IF NO PAYMENT HE WILL DISMISS MY CASE I HAS GIVE THIS LETTER FROM THE JUDGE TO MY CONSELOR HIS NAME RODRIGUEZ BEACAUSE WHEN YOU TELL HIM SOMTHING THEY DON'T CARE AND THEY DON'T TRUST THAT WHAT I GIVE HIM THE LETTER FROM THE HONORABLE JUDGE

HE DON'T SEND ME ANY ANSWER TODAY. SO I WAS AFRIAD THAT WHAT I SEND YOU THIS LEGAL MAIL TO KNOW IF YOU HAVE RECEIVED MY LEGAL MAIL WITH THE PAYMENT IF NO, I AM SENDING FOR YOU THE PAYMENT ORDER ANOTHER ONE IN THIS LEGAL MAIL

SIR: PLEASE TELL THE HONORABLE JUDGE WE HAVE VERY BAD. UNIT TEAM

SIR! WY I AM AFRAID. BEACAUSE ON SEPTEMBER/30/2020 I HAS GIVE MY CANSELOR 496 PAGES TO DO COPIES AND TAKE MONEY FROM MY ACCOUNT. WAS ORIGINAL FINANCIAL DOCUMENTS THE MONEY I LOST IN AFRICA BUT NOT ALL THE 496 PAGES IS FOR MY CASE LAWSUIT SO OCTOBER-14-20 HE DONT DO COPIES I TAKE BACK MY DOCUMENT AND I TOLD HIM EVERY TIMES PLEASE PLEASE IT IS LEGAL DOCUMENTS FOR THE COURT HE DONT CARE WHEN HE GIVE ME BACK. I FOUND SOMME DOCUMENTS NOT BACK TO ME. FROM THIS DOCUMENTS ONLY THE FINANCIAL DOCUMENT FOR MY CASE LAWSUIT HAS BEEN LOST

I DO ALSO TO HIM TODAY CAP OU. TO TELL HIM TO FOUND THIS IMPORTANT DOCUMENTS TO GIVE ME BACK

PLEASE SIR! I WHANT YOUR HELP TO SEND ME COPIES OF ALL DOCUMENTS I HAS SEND YOU FOR MY CASE TO KEEP WITH ME. BEACAUSE I DONT HAVE NOW THIS IMPORTANT DOCUMENTS AND I WHANT TO BE SURE THAT YOU HAVE RECEIVED ALL DOCUMENTS I HAS SEND TO YOUR OFFICE

Beacause Sir! When I give the Conselor the legal mail or the officer ho is in the unit they don't close the legal mail ho suppose I must to close in front of them beacause when we was not in lock down I go with my legal mail to R and D. The colose or I close immediatly they don't read nothing but know they take open. They don't close in front of me this is illegal they brake the law (Sir: Please if you don't have Received the 400 Dollars in case. So use this paymend order Sir: With all the mistakes they do they don't care. That what I whant copies all documents I send and please I whant copie of this letter also in case.—

Sir! Sorry I don't speak and write english good I don't know to explain good what I whant to said
  All my respect
  Thank you .  10-21-2020
Fawzi A.M. Jaber



# United States Department of Justice
# Federal Bureau of Prisons
## Request for Withdrawal of Inmate's Personal Funds

**BP - 199.045 - Dec 2002**

Must use pen to shade circles like this: ●
Not like this: ✗ or this: ◐

Please charge to my account the sum of

**Dollars:** 400.00
**Cents:** 00

and authorize the same to be paid to:

**Last Name or Company Name:** CLERK OF COURT

**First Name:** (blank)

**ATTENTION:**
1) Both sides of this form must be completed.
2) All fields, except First Name and Address 2, are mandatory.

**Monthly Repeating Withdrawal**
Begin Date (MM/YYYY): 10/2020
End Date (MM/YYYY): 10/2020

**Inmate Reg. No.:** 75840054

Note: Must put in leading zeros For example, 00100.00 = $100.00

**Print Inmate Name:** Fauzi An Jasser

**Inmate Signature:** (signed)

**Purpose:** COURT FEES

**Approving Official:** (signed)

The inmate's personal account has been charged in the amount indicated above.

---

**Official Use Only**

Office Code: _____
Voucher No.: _____
Paid by Cash on: _____
Financial Mgt.: _____
Payee Signature: _____
Institution: _____

Sensitive - When Completed
Privacy Act

**DO NOT PHOTOCOPY**

52325





Ouzi Jab[...]
Federal Correctional Complex Coleman-Medium (Unit A-4)
Post Office Box 1032
Coleman, Florida 33521-1032

United States District Court
Attn: Clerk of Court's Office
500 Pearl Street
New York, New York 10007-1312

LEGAL MAIL

Pro Se



RECEIVED
SDNY PRO SE OFFICE
2020 OCT 26 PM 2:1[?]

CERTIFIED MAIL
7018 0040 0000 6220 9065