SDNY RECEIVED
PRO SE OFFICE
2020 NOV 10 PM 2: 49

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAOUZI ABDUL-MENHEM JABER
(Full name(s) of the plaintiff or petitioner applying (each person must submit a separate application)

-against-

CHRISTINA HANLEY; ANDREA LEE

SURRATT; COLLEEN MCMAHON;

SABRINA SHROFF
(Full name(s) of the defendant(s)/respondent(s).)

20 – CV – 7347     (LLS)   (   )
(Enter case number and initials of assigned judges, if available; if filing this with your complaint, you will not yet have a case number or assigned judges.)

### APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* ("IFP") (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?*   ☒ Yes   ☐ No   (If "No," go to Question 2.)
   I am being held at:   FCC Coleman-Medium in Coleman, Florida
   
   Do you receive any payment from this institution?   ☐ Yes   ☒ No
   
   Monthly amount:   N/A
   
   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed?   ☐ Yes   ☒ No
   If "yes," my employer's name and address are:
   
   Gross monthly pay or wages:   N/A
   
   If "no," what was your last date of employment?   2014. 4-5-tuly
   Gross monthly wages at the time:  MONTHLY  $10,000 Dollars + my Buisness PROFIT LOT OF MILLIONS

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment    ☐ Yes   ☒ No
   (b) Rent payments, interest, or dividends            ☐ Yes   ☒ No

SDNY Rev: 12/12/2014

| | | |
|---|---|---|
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts or inheritances | ☐ Yes | ☑ No |
| (f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) | ☐ Yes | ☑ No |
| (g) Any other sources | ☐ Yes | ☑ No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

My MoNy WITH MyLAWyER I keep with him when I whant he send to me

4. How much money do you have in cash or in a checking, savings, or inmate account?

   See my commissary account statement provided herewith.

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

   No

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

   No

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

   No

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

   No

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

| October 7, 2020 | X (signature) |
|---|---|
| Dated | Signature |
| Jaber, Faouzi | 75840-054 |
| Name (Last, First, MI) | Prison Identification # (if incarcerated) |

| Post Office Box 1032 | Coleman | Florida | 33521-1032 |
|---|---|---|---|
| Address | City | State | Zip Code |
| N/A | | N/A | |
| Telephone Number | | E-mail Address (if available) | |

IFP Application, page 2

# Inmate Statement



| | |  | | |
|---|---|---|---|---|
| **Inmate Reg #:** | 75840054 | | **Current Institution:** | Coleman FCC |
| **Inmate Name:** | JABER, FAOUZI | | **Housing Unit:** | COM-A-D |
| **Report Date:** | 10/07/2020 | | **Living Quarters:** | A07-065L |
| **Report Time:** | 3:00:53 PM | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| COA | 9/24/2020 4:30:28 AM | 8460-C | | | Court Fees | $450.00 | | $4,361.42 |
| COA | 9/17/2020 2:42:47 PM | VJV0037 | | | Photo Copies | ($99.30) | | $3,911.42 |
| COA | 9/17/2020 8:30:38 AM | 1 | | | Sales | ($59.50) | | $4,010.72 |
| COA | 9/13/2020 5:25:28 PM | TL0913 | | | TRUL Withdrawal | ($10.00) | | $4,070.22 |
| COA | 9/12/2020 8:30:58 PM | TL0912 | | | TRUL Withdrawal | ($15.00) | | $4,080.22 |
| COA | 9/11/2020 7:05:35 AM | 33320255 | | | Western Union | $2,500.00 | | $4,095.22 |
| COA | 9/8/2020 6:19:28 PM | 107 | | | Sales | ($53.55) | | $1,595.22 |
| COA | 9/8/2020 12:26:01 PM | TL0908 | | | TRUL Withdrawal | ($15.00) | | $1,648.77 |
| COA | 9/2/2020 6:45:51 PM | 114 | | | Sales | ($89.30) | | $1,663.77 |
| COA | 8/25/2020 2:46:01 PM | | 8460 | | Court Fees | ($450.00) | | $1,753.07 |
| COA | 8/25/2020 10:56:26 AM | VJV0036 | | | Photo Copies | ($5.40) | | $2,203.07 |
| COA | 8/25/2020 10:55:09 AM | VJV0036 | | | Photo Copies | ($3.00) | | $2,208.47 |
| COA | 8/24/2020 8:19:31 PM | 99 | | | Sales | ($5.20) | | $2,211.47 |
| COA | 8/24/2020 12:01:23 PM | 2 | | | Sales | ($74.50) | | $2,216.67 |
| COA | 8/11/2020 1:38:06 PM | TL0811 | | | TRUL Withdrawal | ($15.00) | | $2,291.17 |
| COA | 8/5/2020 8:58:59 AM | 2 | | | Sales | ($33.80) | | $2,306.17 |
| COA | 8/4/2020 9:44:56 AM | TFN0804 | | | Phone Withdrawal | $50.00 | | $2,339.97 |
| COA | 7/9/2020 4:54:00 PM | 1 | | | Sales | ($38.25) | | $2,289.97 |
| COA | 6/22/2020 8:29:49 PM | 136 | | | Sales | ($8.00) | | $2,328.22 |
| COA | 6/22/2020 8:29:31 PM | 135 | | | Sales | $5.00 | | $2,336.22 |
| COA | 6/22/2020 3:44:21 PM | 110 | | | Sales | ($46.80) | | $2,331.22 |
| COA | 6/16/2020 8:37:05 AM | 1 | | | Sales | ($57.40) | | $2,378.02 |
| COA | 6/15/2020 2:38:55 PM | TL0615 | | | TRUL Withdrawal | ($15.00) | | $2,435.42 |
| COA | 6/15/2020 11:04:58 AM | 33320167 | | | Western Union | $1,990.00 | | $2,450.42 |
| COA | 6/12/2020 8:22:16 AM | TFN0612 | | | Phone Withdrawal | ($50.00) | | $460.42 |
| COA | 6/5/2020 2:38:37 PM | 63 | | | Sales | ($8.40) | | $510.42 |
| COA | 6/4/2020 12:33:18 PM | 33 | | | Sales | ($22.10) | | $518.82 |
| COA | 5/29/2020 8:44:16 AM | 1 | | | Sales | ($70.90) | | $540.92 |
| COA | 5/21/2020 8:57:21 AM | 2 | | | Sales | ($42.95) | | $611.82 |
| COA | 5/20/2020 1:07:22 PM | TFN0520 | | | Phone Withdrawal | $55.75 | | $654.77 |
| COA | 5/20/2020 10:39:01 AM | TL0520 | | | TRUL Withdrawal | ($15.00) | | $599.02 |
| COA | | 42 | | | Sales | ($27.15) | | $614.02 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 5/14/2020 9:20:43 AM | | | | | | |
| COA | 5/7/2020 8:43:05 AM | 3 | | Sales | ($23.30) | | $641.17 |
| COA | 4/30/2020 1:15:24 PM | 95 | | Sales | ($8.00) | | $664.47 |
| COA | 4/28/2020 7:46:44 PM | 11249 | | SPO - Released | | $137.10 | -------- |
| COA | 4/28/2020 7:46:44 PM | 134 | | Sales | ($137.10) | | $672.47 |
| COA | 4/24/2020 1:58:12 PM | TL0424 | | TRUL Withdrawal | ($5.00) | | $809.57 |
| COA | 4/16/2020 9:34:09 AM | 11249 | | SPO | | ($137.10) | -------- |
| COA | 4/9/2020 5:42:20 PM | 84 | | Sales | ($10.00) | | $814.57 |
| COA | 4/9/2020 12:38:53 PM | 63 | | Sales | ($12.70) | | $824.57 |
| COA | 4/9/2020 12:38:19 PM | 62 | | Sales | $0.00 | | $837.27 |
| COA | 4/7/2020 8:33:06 AM | TFN0407 | | Phone Withdrawal | ($50.00) | | $837.27 |
| COA | 3/31/2020 12:06:44 PM | 72 | | Sales | ($62.95) | | $887.27 |
| COA | 3/21/2020 2:23:17 PM | TFN0321 | | Phone Withdrawal | ($50.00) | | $950.22 |
| COA | 3/21/2020 12:38:54 PM | TFN0321 | | Phone Withdrawal | ($11.00) | | $1,000.22 |
| COA | 3/21/2020 12:36:38 PM | TL0321 | | TRUL Withdrawal | ($10.00) | | $1,011.22 |
| COA | 3/20/2020 12:05:03 PM | 33320080 | | Western Union | $35.00 | | $1,021.22 |
| COA | 3/18/2020 12:32:44 PM | 61 | | Sales | ($19.60) | | $986.22 |
| COA | 3/11/2020 6:43:34 PM | 135 | | Sales | ($92.30) | | $1,005.82 |
| COA | 3/4/2020 1:47:45 PM | 40 | | Sales | ($31.75) | | $1,098.12 |

1 2

Total Transactions: 65

Totals: $2,457.15   $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| COA | $4,361.42 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,361.42 |
| Totals: | $4,361.42 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,361.42 |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $4,490.00 | $1,015.85 | $1,895.58 | $4,361.42 | $3,907.60 | N/A | N/A |

InmateStatementCombined     Page 1 of 1

# Inmate Statement



| | | |
|---|---|---|
| **Inmate Reg #:** | 75840054 | |
| **Inmate Name:** | JABER, FAOUZI | |
| **Report Date:** | 10/07/2020 | |
| **Report Time:** | 3:01:14 PM | |

| | | |
|---|---|---|
| **Current Institution:** | Coleman FCC | |
| **Housing Unit:** | COM-A-D | |
| **Living Quarters:** | A07-065L | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| COA | 2/25/2020 6:22:34 PM | 72 | | | Sales | ($19.95) | | $1,129.87 |
| COA | 2/21/2020 12:56:17 PM | 64 | | | Sales | ($90.00) | | $1,149.82 |
| COA | 2/12/2020 2:22:09 PM | 65 | | | Sales | ($64.15) | | $1,239.82 |
| COA | 2/9/2020 8:02:27 AM | TFN0209 | | | Phone Withdrawal | ($104.00) | | $1,303.97 |
| COA | 2/1/2020 11:28:02 AM | TFN0201 | | | Phone Withdrawal | ($45.00) | | $1,407.97 |
| COA | 1/29/2020 12:38:58 PM | 1 | | | Sales | ($89.20) | | $1,452.97 |
| COA | 1/23/2020 5:46:28 PM | TL0123 | | | TRUL Withdrawal | ($15.00) | | $1,542.17 |
| COA | 1/21/2020 6:33:17 PM | 89 | | | Sales | ($68.35) | | $1,557.17 |
| COA | 1/19/2020 11:44:57 AM | TFN0119 | | | Phone Withdrawal | ($75.00) | | $1,625.52 |
| COA | 1/17/2020 3:04:56 PM | TFN0117 | | | Phone Withdrawal | ($18.00) | | $1,700.52 |
| COA | 1/15/2020 12:43:57 PM | 2 | | | Sales | ($55.55) | | $1,718.52 |
| COA | 1/13/2020 1:01:26 PM | TFN0113 | | | Phone Withdrawal | ($26.00) | | $1,774.07 |
| COA | 1/8/2020 8:39:28 PM | TFN0108 | | | Phone Withdrawal | ($38.00) | | $1,800.07 |
| COA | 1/8/2020 12:48:28 PM | 4 | | | Sales | ($51.20) | | $1,838.07 |
| COA | 1/8/2020 9:22:37 AM | TL0108 | | | TRUL Withdrawal | ($15.00) | | $1,889.27 |

1 2

**Total Transactions: 65**

                          **Totals:**    $2,457.15    $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| COA | $4,361.42 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,361.42 |
| **Totals:** | **$4,361.42** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$4,361.42** |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |

