UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAOUZI ABDUL-MENHEM JABER,

                              Plaintiff,

                -against-

CHRISTINA HANLEY; ANDREA LEE
SURRATT; COLLEEN MCMAHON;
SABRINA P. SHROFF; ALEXI MARC
SCHACHT; GEORGE TURNER,

                              Defendants.

20-CV-7347 (LLS)

CIVIL JUDGMENT

Pursuant to the order issued December 2, 2020, dismissing the amended complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the amended complaint is

dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii)-(iii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Plaintiff and note service on the docket.

SO ORDERED.

Dated:    January 5, 2021
          New York, New York

                                        _Louis L. Stanton_____
                                        Louis L. Stanton
                                        U.S.D.J.