⇔75840-054⇔
Jaber Faouzi
PO BOX 7032
FCC
Coleman, FL 33521
United States

U.S. DISTRICT COURT
CIVIL DOCKET FOR CASE
#: 1:20-CV-07347-LLS

ATT: CLERK OF COURT

DEAR SIR! PLEASE I WHANT TO KNOW THE PAGES OF ALL THE AFFIDAVIT I HAS SEND TO YOU WAS WRITING BY HAND. BEACAUSE I WHANT TO PAY FOR COPIES. BUT I DONT KNOW HOW MANY COPIES. I DONT HAVE ANY COPIES OF ALL THE AFFIDAVIT I HAS SEND. AND I WHANT TO TAKE LAWYER HE WHANT COPIES.

SINCERLY
THANK YOU SIR
JABER FAOUZ.

1/18/2021

RECEIVED SDNY PRO SE OFFICE 2021 JAN 25 AM 11:20

⇔75840-054⇔
Jaber Faouzi
PO BOX 1032
FEDERAL CORRECTIONAL COMPLEX MEDIUM
Coleman, FL 33521
UNIT A4
United States

RECEIVED
SDNY PRO SE OFFICE
2021 JAN 25  AM 11: 15



⇔75840-054⇔
CLERK RUBY J. KRAJICK
Usa District Court
500 Pearl ST
NEW YORK, NY 10007
United States

Pro Se
SM

TAMPA FL 335
SAINT PETERSBURG FL
19 JAN 2021 PM 8 L

CLERK'S OFFICE
S.D.N.Y.
2021 JAN 25  PM 2: 14
RECEIVED