RECEIVED
SDNY PRO SE OFFICE
2021 JAN 28 AM 10: 58

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Faouzi Abdul-Menhem Jabar

_____

Write the full name of each plaintiff.

-against-

Christina Hanley

D.E.A.

_____

_____

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

20 CV 7347

(Include case number if one has been
assigned)

### SECOND AMENDED
### COMPLAINT
(Prisoner)

Do you want a jury trial?
☑ Yes     ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

---

Rev. 5/20/16

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☐  Violation of my federal constitutional rights

☑ Other:            False Affidavit caused loss.

## II.    PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Faouzi                    A.M.                    Jabar

First Name            Middle Initial            Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

75840-054

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

F.C.C. Coleman - Medium

Current Place of Detention

846 NE 54TH TERRACE

Institutional Address

SUMTER-COLEMAN - FLORIDA                    33521

County, City                    State                    Zip Code

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

☑ Convicted and sentenced prisoner

☐  Other:

Page 2

## IV.   DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:     **Christina          Hanley**

First Name                         Last Name                              Shield #

**Special Agent - DEA**

Current Job Title (or other identifying information)

_____

Current Work Address

_____

County, City                              State                              Zip Code

Defendant 2:

_____

First Name                         Last Name                              Shield #

_____

Current Job Title (or other identifying information)

_____

Current Work Address

_____

County, City                              State                              Zip Code

Defendant 3:

_____

First Name                         Last Name                              Shield #

_____

Current Job Title (or other identifying information)

_____

Current Work Address

_____

County, City                              State                              Zip Code

Defendant 4:

_____

First Name                         Last Name                              Shield #

_____

Current Job Title (or other identifying information)

_____

Current Work Address

_____

County, City                              State                              Zip Code

Page 3

## V.    STATEMENT OF CLAIM

Place(s) of occurrence:    Prague, Czeck Republic

Date(s) of occurrence:    MAY OR June, 2015

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

Due to DEA special Agent Christina Hanley's intentional false accusations to the Federal Court of Prague in an effort to get me extradited to the United States, I suffered great losses and I cannot recover them. Specifically, after Special Agents false claims that I was a terrorist; and I would be put in prison for life appeared on the internet in my country, Ivory Coast, West Africa, my warehouses were raided and construction and industrial materials were stolen. My home was robbed and my bank accounts were emptied. My office building (4 floors) was also robbed and Jewelry I had for sale was stolen. People who were debt to me refused to pay. I lost everything. Also, when the DEA (Christina Hanley and other agents) came to take me back to the United States, my personal property that the Prague prison released to the agents: 1 gold and diamond Rolex watch; 1 gold and diamond Cartier watch; 1 gold and diamond bracelet; and 1 gold and

Page 4

diamond necklace; 2 gold and diamond rings; 1 platinum and diamond solitaire ring (woman's); Financial documents, all went missing. I wished to reimbursed for it all.

MY PERSONAL PROPERTY WHO WAS WITH ME IN PRISONS OF PRAGUE. AND THE PROPERTY WHO WAS IN SAFE WITH Agents OF PRISON. So ARL My PERSONAL PROPERTY WHO WAS ON ME. And THE DEA TAKE THEM THEY SAid IT IS NOT WITH THEM

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## VI.    RELIEF

State briefly what money damages or other relief you want the court to order.

I wish to be reimbursed for the losses I suffered. In total I seek $38,490,000. And 33,440,000 EURO · REFFERS To My JEWELLERY only.

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the
complaint is not being presented for an improper purpose (such as to harass, cause unnecessary
delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law
or by a nonfrivolous argument to change existing law; (3) the factual contentions have
evidentiary support or, if specifically so identified, will likely have evidentiary support after a
reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise
complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as
frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in
future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action
in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be
dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my
failure to keep a current address on file with the Clerk's Office may result in the dismissal of my
case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to
proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 1/20/21 | | |
|---|---|---|
| Dated | | Plaintiff's Signature |

| Faouzi | A.M. | Jabar |
|---|---|---|
| First Name | Middle Initial | Last Name |

P.O. Box 1032
_____
Prison Address

| Sumter, Coleman | FL | 33521 |
|---|---|---|
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: _____

Page 6

1-19-21

Faouzi Abdul-Menhem Jabar
Reg. No. 75840-054
FCC Coleman-Medium
P.O. Box 1032
Coleman, FL 33521-1032


Clerk of Court
United States District Court
Southern District of New York
U.S. Courthouse - 500 Pearl St.
New York, NY 10007

Re: Jabar v. Hawley, 20-cv-07347-LLS

Dear Clerk,

      I received an Order of Dismissal in my
case that granted me leave to amend my complaint
within 30 days of the date of the order, which
was dated December 2, 2020. However, the
institution I'm confined at did not deliver the order
to me until January 5, 2021, 3 days after my
deadline to amend. Therefore, I have included proof
of when I recieved the order along with my amended
complaint and ask that it be considered timely. Thank you.

CLERK OF COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. COURTHOUSE - 500 PEARL STREET
NEW YORK, NY 10007

OFFICIAL BUSINESS

SPECIAL MAIL - OPEN ONLY
IN PRESENCE OF INMATE
LEGAL MAIL

SPECIAL MAIL - OPEN ONLY
IN PRESENCE OF INMATE
LEGAL MAIL

DOES NOT MEET
B.O.P. CRITERIA OF
SPECIAL MAIL HANDLING

Faouzi Abdul-Menhem Jaber
75840-054
Federal Correctional Complex-Medium
P.O. Box 1032
Coleman, FL 33521

neopost
12/11/2020
US POSTAGE
$00.65⁰
FIRST-CLASS MAIL
ZIP 10007
041L11231778

Inmate recieved Mail on: 01-05-2021
Given by Unit Team
Unit Secretary: L. Torres Above information is correct: 1-5-2021

⇔75840-054⇔
Jaber Faouzi
PO BOX #032
FEDERAL CORRECTIONAL COMPLEX
MEDIUM
Coleman, FL 33521
United States

FOREVER / USA   FOREVER / USA   FOREVER / USA   FOREVER / USA   FOREVER / USA   FOREVER / USA

FOREVER / USA   FOREVER / USA   FOREVER / USA   FOREVER / USA   FOREVER / USA

R / USA

⇔75840-054⇔
Usa District Court, CLERK OFFICES
500 Pearl ST
NEW YORK, NY 10007
United States

LEGAL MAIL

RECEIVED
SDNY PRO SE OFFICE
2021 JAN 28 AM 10: 35

U.S. POSTAGE PAID
FCM LG ENV
COLEMAN, FL
33521
JAN 22, 21
AMOUNT
**$0.00**
R2304Y122863-09

1023          10007

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL®**

7019 2280 0001 0449 2447

RECEIVED
JAN 26 2021
CLERK'S OFFICE
S.D.N.Y.

USA District Court
Clerk office
500 Pearl St.
NY, NY 10007

Pro Se JKR