RECEIVED
SDNY PRO SE OFFICE
2021 MAY 19 AM 10: 44

5-10-21

Faouzi Jabar #75840-054
Federal Correctional Complex
Coleman - Medium
P.O. Box 1032
Coleman, FL 33521-1032

U.S. District Court
Clerk of Court
500 Pearl St.
New York, NY 10007

Re: Status Update in Case No. 20-CV-7347 (LLS)

Dear Clerk,

I am writing to find out the status of my civil case. I received an order telling me my case was being dismissed with 30 days leave to replead my case that was dated December 2, 2020. However, I did not receive the order until 1-05-2021, 3 days after the deadline. I then recieved a final order of dismissal on 1-15-2021 advising me that I did not reply in time and that I could appeal. I want it noted that I am having problems with receiving my legal mail here at the institution I am confined in. The counselor, Rodriguez, who give me my mail refused to even date it to verify when I receved it. The secretary, Ms. Torress had to sign to verify when I received. I wrote before explaing the situation but I have not received any acknowledgment from you. I

sent the letter certified mail on January 22, 2021, and you received it on January 28, 2021. Please give me a status update on my case. Thank you.

_______________________

Faouzi Jabar

P.S. I filled out a Notice of Appeal form that you sent me. However, I sent it certified mail on January 18, 2021, Tracking number - 7020-2450-0000-1369-9428, and it can't be found in the system. Please, I am having trouble with the mail as I have told you.



THIS IS EVIDENCE AGAINST MY CONSELOR OF MY UNIT A4 IN PRISON RODRIGUEZ. PROOF HIM AND OFFICERS, AND MY UNIT MANAGER MR LEE ... ETC — THIS IS THE LEGAL MAIL FROM MY JUDGE LAW SUIT CASE)

CLERK OF COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. COURTHOUSE - 500 PEARL STREET
NEW YORK, NY 10007

OFFICIAL BUSINESS

FIRST-CLASS MAIL
neopost
12/11/2020
US POSTAGE
$00.65
ZIP 10007
041L11231778

DOES NOT MEET B.O.P. CRITERIA OF SPECIAL MAIL HANDLING

A-4 SABOTAGE I RECEIVED LATE ON PURPOSE TO DISMISS MY LAWSUIT CASE

READ WHAT I WRITE YOU WILL UNDERSTAND
READ MY LETTER YOU WILL UNDERSTAND

Faouzi Abdul-Menhem Jaber
75840-054
Federal Correctional Complex-Medium
P.O. Box 1032
Coleman, FL 33521

SPECIAL MAIL - OPEN ONLY IN PRESENCE OF INMATE

LEGAL MAIL

SPECIAL MAIL - OPEN ONLY IN PRESENCE OF INMATE

Proof of Sabotage Vengeance

WHEN HE REFUSE ON PURPOSE TO SIGNED THE DATE HE GIVE ME THIS LEGAL MAIL THE SECRETARY MISS L. TORRES SIGNED FOR ME WITHOUT HE KNOW TO TODAY HE DON'T KNOW HIS SECRETARY SIGNED;

Inmate recieved Mail on 01-05-2021
Given by Unit Team
Unit Secretary. L. Torres Above information is Correct: 1-5-2021

**NOTICE TO THE INMATE POPULATION**

FROM: M.D. Carvajal, Director
Federal Bureau of Prisons

I am writing this letter to inform you effective Saturday, January 16, 2021, you will be secured in your assigned cells/quarters for precautionary reasons. I know this is frustrating for all of you. I understand this decision directly impacts each of you, as well as your loved ones, and is made with considerable thought in regards to current national events. We must ensure the safety and security of everyone in the BOP. We will continue to monitor events carefully and will adjust operations accordingly as the situation continues to evolve.

Communication with your families is important; thus, you will be provided limited access to phones and email to ensure you can remain in touch. I thank each of you for your understanding and cooperation throughout the COVID-19 pandemic. It has made a difference during this difficult time and your patience and understanding is appreciated.

Please continue to communicate with staff and share your concerns. I remain committed to doing everything I can to help keep all of you healthy and safe.

Thank you.

PLEASE! JANUARY 18-2021, ALL UNIT TEAM DONT COMME TO MY UNIT A4 FROM JANUARY-15-2021 THIS DAY I TOLD TO OFFICIER A. CHRISTIAN. I WHANT TO GO (R AND D) I HAVE 5 LEGAL MAILS, HE SAID I CAN'T FOR SECURED REASON (LOCK DOWN). HE SAID HE WILL CONTACT LT OFFICE, HE TOLD ME, THE LT SAID I MUST TO GIVE HIM MY 5 LEGAL MAILS AND HE WILL GIVE TO R AND D (MAIL RHOOM). SO I GIVE HIME AND AFTER ONE WEEK, I HAVE KNEW HE DESTROY ALL MY LEGAL MAIL, AND IN APRIL MY CONSELOR RODRIGUEZ GIVE ME BACK ONE OF MY LEGAL MAIL. HE SAID HE DONT KNOW WHO PUT THIS ENVELOPE IN HIS OFFICE ... ETC

TRULINCS 75840054 - JABER, FAOUZI - Unit: COM-A-D

---

FROM: 75840054
TO: Abodjan, Annick
SUBJECT: HOW THEY HAVE EXPOSED THEM SELF PAGE 2
DATE: 04/21/2021 08:36:08 PM

FOLOW PAGE ONE POINT 9 ,SABOTAGE, we aare lock down from 0neyear asgo beacause covid 19, i knew all this bad agents they has profit from this sitauation to do what they whant,in prisons ...etc
FOLOW PROOF, EVIDENCES, about the sabotage and vengence from me:iam under surveillence in coleman prison , exemple when i send letter of secret information to sis gonzalez by mail box or lt mathews the r and d , and officers in my unit they destroy they dont give them, gonzalez told me to dont send by mail box he never received all lt matheus, they told me to give them hand by hand . so everythings i do they surveillence me -my conselor rodriguez in conspiracy with the manager of my unit mr lee , and officers and ...etc they start look all emails from september 2020 , and all letters i send , or i received , and legal mails i received they open without my presence , and lagal mail i send, they destroy ON PURPOSE, LAST TIME 5 legals mails , officer name A CHRISTIAN, COMPLEX MEDIUM was in MY UNIT A4 lock down, and all the unit team they are not in, january 18 2012 i told him i whant to go ( R and D) TO GIVE THEM 5 LEGAL MAILS,
he told me he call the lt office ,and i cant go to( R and D) ,and they said to give him the 5 legal mails he will give to (R and D ) iam inmate i dont have any other solution, beacause was one legal mail i must to send urgent to the apeal district court of newyork for my lawsuit case , i give him the 5 legal mails ( you can read the deatail in this letter you will know whats happen,
1- the officer a christian dont give any of the 5 legals mails to( R and D) on purpose
2- sabotage ,vengence from me because i give informations about contraband officers and inmates...etc
3-other evidence against my conselor rodriguez of unit A4 ,example he received legal mail for me he open the legal mail without my presence, and one of this legal mail was from the district court of newyork from the judge for my lawsuit case ,the judge said i have 30 days to send motion if no he will dismiss my case ,so i knew reodriguez after he read this legal mail he keep with him on purpose was from december 12 2020 he give me january 5 2021, i told him to signed on the copy of the envelope the date of january 5 2021he give me the open legal mail he refuse on purpose , the secretary miss thorres told him to do , beacuase the court date 30 days is late and i will lost my case will be dismissed, she and me we insiste he refuse, after when he go she told me to give here the enveloppe , she put the date and she signed,(TO TODAY RODRIGUEZ DONT KNOW SECRATARY L THORES HAS PUT THE DATE OF O1/ 5/ 2021 SIGNED ON THE ENVELOPE AND SHE GIVE ME THIS COPY) so how you can trust people like CONSELOR RODRIGUEZ and A CHRISTIAN officer, AND MY MANAGER UNIT LEE,AND OTHERS...ETC , in this letter you can see the envelope copy,this very bad comportement of rodriguez is evidence against him and support to all others sabotage he do,THIS EVIDENCE TO YOU TO TRUST ALL WHAT I TOLD YOU IS TRUE, also rodriguez i give him important copies for my case on october 1 2020. he take he keep 2 weeks he dont do copies, he give me back my document 89 pages was missed, i do 2 cap out , b p 8,he hide , i told warden ,he keep silence , manager unit lee keep silence , lot of others sabotage from all of them against me ,i cant do nothing ,when i has whrite the 5 legals mails 2 from them was for the director of bop michael cavarjal ,and FBOP atlanta, so the officer a christian he destroy them , beacause i whrite all problemes sabotage against officers,and inmates and conselor and unit manager ...etc to protect them , so for me all of them was in conspiracy ,and lots of others sabotage , please read others documents in my letter you will know , and lots of important financial documents for my lawsuit case .and extraditon from prague was missed , i dont have any copies , beacause they refuse to do copies for me , lots important points i whant to write to you ,but i dont know in english....etc
4- all my legal document who was in my legal box has been missed(sabotage) we are not allowed to keep our legal box in our cell , it is in special room , the key with the conselor rodriguez, all my probleme i explan to 2 different warden ,and i dont know to who i complain,
so iam inmate in prison , where is my right ? , we are in country of justice ? or injustice ? theY are over the law?
so where is the law ho must to help me ?
5- lots of others problemes of sabotage ...etc
6- from september 2020 i has send lot of emails to warden , to education staff to my unit manager ,to rodriguez ny coselor for legal document i whant copies was very dificult ,and we was lock down from one year beacause covit 19 ,

6 i has coperate in 2019 DEA special agent miguel carera, prosecutor george turner ,my lawyer was bill clay , they dont give me credit on purpose , and my lawyer stop to answer me on purpose I FIRE HIM, his phone munber 305 595 0866. i have email from him for the operation they was doing in newyork for landry money after they said beacause covid 19 take more time , after silence from all of them , i ask them update ,they dont answer ,like i speak with the wall, and the men i give them from my side to help them ,(and i was third party) i thing they deal directly whith him now ,and they hide me me all what they do,
7- about fraud in comissary store ,and officers who is in conspiracy whit inmates ,contraband ,drugs cigarettes ,cell phones...etc and others fraud you will found in the document i send you in this letter,the contraband start from the driver or trucks who bring items for comissary store to the werehouse in coleman , and from the were house to the store,from store to the imates , i know all the wats they use ,and how they do , when investiquation start you will be surprise , and how the inmates after paye the officers . all this informations was in the legal mails to director of BOP MICHAEL CAVARJAL and director of FBOP ATLANTA

TRULINCS 75840054 - JABER, FAOUZI - Unit: COM-A-D

---

who was between the 5 legals mails who the officer A CHRISTIAN DESTROY THEM
thank you

TRULINCS 75840054 - JABER, FAOUZI - Unit: COM-A-D

---

FROM: 75840054
TO: Warden MED
SUBJECT: ***Request to Staff*** JABER, FAOUZI, Reg# 75840054, COM-A-D
DATE: 03/31/2021 06:23:05 PM

To: MR SALEM ! WARDEN
Inmate Work Assignment: TEATCH FRENCH

MR SALEM : PLEASE MORE INFORMATION FOR YOU, MY CONSELOR RODRIGUEZ , HE OEPN MY LEGAL MAIL WITHOUT MY PRESENCE ,HE DO IT ON PURPOSE, ( IF INVESTIQUATION START I WIL L TELL YOU WY..ETC) ONE OF PROOF OF HIS MBAD INTTENTION , IS LEGAL MAIL, HE GIVE ME ON JANUARY 5 2012 , OPEN , AND THIS LEGAL MAIL WAS SEND FROM THE COURT OF NEWYORK FOR MY LAWSUIT CASE, FROM DECEMBER 11 2020 , AND WHEN HE GIVE ME THIS LEGAL MAIL BEACAUSE HE READ THE JUDGE SAID I HAVE 30 DAYS TO DO MOTION IF NO , HE WILL DISMISS MY CASE,
SO I TOLD RODRIGUEZ TO WRITE AND SIGNED ON THE ENVELOPE COPY HE GIVE ME , THE DATE HE GIVE ME THE LEGAL MAIL TO SEND COPY TO MY JUDGE TO DONT DISMISS MY CASE BEACAUSE THE DATE OF 30 DAYS I DONT DO MOTION , IS NOT MY MISTAKE , MY LEGAL MY CONSELOR GIVE ME LATE, RODRIGUEZ REFUSE TO WRITE AND SIGNED , I INSISTE , WITHNESS WAS THE SECRETARY MISS TORRES , SHE TOLD HIM TO DO ,ALSO HE REFUSE , AFTER HE GO ,SHE CALL ,ME AND SHE HIDE FROM HIM AND SHE CALL BY PHONE OTHER BOSS,AND SHE SIGNED HERE SELF FOR ME ON THE ENVELOPE COPY ,
AFTER I HAVE RECEIVED LEGAL MAIL FROM THE SAME COURT , THAT MY CASE LAWSUIT HAS BEEN DISMISSED , AND THEY SEND ME DOCUMEN TI HAVE 30 DAYS 6TO DO APPEAL IF NO AFTER 30 DAYS APPEAL CANCEL , I HAVE DO MOTION MOF APPEAL . THIS MOTION TO THE APPEAL COURT FOR THIS CASE (LAW SUIT ) THIS LEGAL MAIL WAS ONE OF THE 5 LEGAL MAILS I GIVE TO OFFICER A CHRISTIAN , HE DESTROY THEM ON PURPOSE , OTHER PROOF AGAINST RODRIGUEZ IN CONSPIRACY WITH OFFICERS AND ONE MANAGER ...ETC , ON 30 SEPTEMBER HE GIV E ME BP8 IN HIS BOOK REGISTRED THE DATE ,1 OCTOBER I GIV E TO MISS SAXON RODRIGUEZ WAS NOT IN THE UNIT , MISS SAXON SHE GIVE HIM ,HE DESTROY THIS BP 8 BEACAUSE WAS AGAINST HIM , AND 2 CAP CBP OUT ALSO HE DONT ABSWER HE DESTROY THEM ( DETAILS WITH ME, WHY HE DO ALL THIS BAD INTTENTIONS..ETC)
AND NOW ON FEVBRUARY 10 2012 I GIVE HIM BP8 FOR THE 5 LEGAL MAILS THE OFFICER A CHRISTIAN HAVE DESTROY THEM , AND 30 DAYS AFTER FEBRUARY 10 2012 IS MARCH 10 2012 ,TODAY IS 31 MARCH 2012 , I DONT RECEIVES THE ANSWER OF MY BP8 WHO MUST TO BE SIGNED BY YOUR SELF , SO IAM AFRAID ALSO IF THIS BP8 WIL L BE DESTROY , BEACAUS E I HAVE TOLD RODRIGUEZ TO GIVE THE UNIT MANAGER LEE, AND AFTER LEE SEND TO YOU , I TOLD RODRIGUEZ ,I WILL WRITE YOU IF I DONT RECEIVED BACK MY BP8 SIGNED BY YOU
THANK YOU
JABER

SABOTAGE ON PURPOSE
THE WARDEN KEEP SILENCE
PLEASE! THIS IS JUSTICE?
WHERE IS MY CIVIL RIGHT?



THIS IS EVIDENCE AGAINST MY CONSELOR OF MY UNIT A4 IN PRISON RODRIGUEZ. PROOF HIM AND OFFICERS AND MY UNIT MANAGER MR LEE ... ETC — THIS IS THE LEGAL MAIL FROM MY JUDGE LAW SUIT CASE,

CLERK OF COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. COURTHOUSE - 500 PEARL STREET
NEW YORK, NY 10007

OFFICIAL BUSINESS

neopost
12/11/2020
US POSTAGE
FIRST-CLASS MAIL
$00.65º
ZIP 10007
041L11231778

DOES NOT MEET B.O.P. CRITERIA OF SPECIAL MAIL HANDLING

READ WHAT I WRITE YOU WILL UNDERSTAND
READ MY LETTER YOU WILL UNDERSTAND

A-4 I RECEIVED LATE ON PURPOSE SABOTAGE TO DISMISS MY LAW SUIT CASE

Faouzi Abdul-Menhem Jaber
75840-054
Federal Correctional Complex-Medium
P.O. Box 1032
Coleman, FL 33521

SPECIAL MAIL - OPEN ONLY IN PRESENCE OF INMATE

LEGAL MAIL

SPECIAL MAIL - OPEN ONLY IN PRESENCE OF INMATE

Proof of Sabotage Vengence

WHEN HE REFUSE ON PURPOSE TO SIGNED THE DATE HE GIVE ME THIS LEGAL MAIL THE SECRETARY MISS L. TORRES SIGNED FOR ME WITHOUT HE KNOW TO TODAY HE DON'T KNOW HIS SECRETARY SIGNED:

Inmate recieved Mail on: 01-05-2021

Given by Unit Team

Unit Secretary. L. Torres Above information is Correct: 1-5-2021

command[s] the most attention." *Cooper*, 877 F.2d at 172. Because Plaintiff sues several Defendants who are immune from suit and fails to state a claim against the remaining Defendants in his amended complaint, the Court denies Plaintiff's motion for counsel without prejudice to renewal after he files a second amended complaint, if he chooses to do so.

**CONCLUSION**

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court denies Plaintiff's request for *pro bono* counsel, without prejudice to Plaintiff's renewing his application. For the reasons set forth herein, Plaintiff's amended complaint is dismissed with 30 days' leave to replead. A Second Amended Complaint form is attached to this order. If Plaintiff fails to file a second amended complaint within 30 days, the Court will enter judgment consistent with this order.

SO ORDERED.

Dated: December 2, 2020
New York, New York

Louis L. Stanton
Louis L. Stanton
U.S.D.J.

LETTER FROM MY JUDGE HE SAID IF
I DONT DO BEAFORE 30 DAYS HE WILL
DISMISS MY CASE/
AND MY CONSELOR OF MY UNIT A4
GIVE ME THIS LEGAL MAIL OPEN, NOT
IN MY PRESENCE AND THE DATE
WAS LATE, ON PURPOSE HE DO
AND HE REFUSE TO SIGNE ON COPY OF THE ENVELOPE
THE DATE HE GIVE ME THIS OPEN LEGAL MAIL
AND AFTER THE SECRETARY MISS TORRES
SIGNED THE DATE DELIVERY TO ME
WITHOUT MY CONSELOR KNOW SHE SIGNED COPY
OF THIS ENVELOPE YOU CAN READ

CLERK OF COURT
ED STATES DISTRICT COURT
HERN DISTRICT OF NEW YORK
URTHOUSE - 500 PEARL STREET
NEW YORK, NY 10007

OFFICIAL BUSINESS

THIS MAIL WAS FOR
ORDER TO DISMISS
MY LAW SUIT CASE
CIVIL JUDGEMENT
20-CV-7347 (LLS)
DATED 01-05-2021

I RECEIVED QUICKLY → RECEIVED 1-15-21

neopost
01/08/2021
US POSTAGE

FIRST-CLASS MAIL
$00.65⁰
ZIP 10007
041L11231778

LEGAL MAIL

SPECIAL MAIL - OPEN ONLY
IN PRESENCE OF INMATE

Faouzi Abdul-Menhem Jaber
75840054
Federal Correctional Complex-Medium
P.O. Box 1032
Coleman, FL 33521

A-4

33521$1032 B099

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAOUZI ABDUL-MENHEM JABER,

Plaintiff,

-against-

CHRISTINA HANLEY; ANDREA LEE SURRATT; COLLEEN MCMAHON; SABRINA P. SHROFF; ALEXI MARC SCHACHT; GEORGE TURNER,

Defendants.

20-CV-7347 (LLS)

CIVIL JUDGMENT

Pursuant to the order issued December 2, 2020, dismissing the amended complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the amended complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii)-(iii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: January 5, 2021
New York, New York

Louis L. Stanton

Louis L. Stanton
U.S.D.J.

**United States District Court**
**Southern District of New York**

I HAS ANSWER FOR APPEAL ON. JANUARY 18-2021 WAS ONE OF THE 5 LEGAL MAILS THE OFFICER A. CHRISTIAN. HIDE OR DESTROY THEM / SO THE COURT DONT RECEIVED MY APPEAL IT IS NOT MY MISTAKE TO LOST MY LAW SUIT CASE PLEASE I WHANT CIVIL LAWYER, I DONT HAVE MONEY TO PAID LAWYER THANK YOU

Ruby J. Krajick
*Clerk of Court*

Dear Litigant:

Enclosed is a copy of the judgment entered in your case. If you disagree with a judgment or final order of the district court, you may appeal to the United States Court of Appeals for the Second Circuit. To start this process, file a "Notice of Appeal" with this Court's Pro Se Intake Unit.

You must file your notice of appeal in this Court within 30 days after the judgment or order that you wish to appeal is entered on the Court's docket, or, if the United States or its officer or agency is a party, within 60 days after entry of the judgment or order. If you are unable to file your notice of appeal within the required time, you may make a motion for extension of time, but you must do so within 60 days from the date of entry of the judgment, or within 90 days if the United States or its officer or agency is a party, and you must show excusable neglect or good cause for your inability to file the notice of appeal by the deadline.

Please note that the notice of appeal is a *one-page* document containing your name, a description of the final order or judgment (or part thereof) being appealed, and the name of the court to which the appeal is taken (the Second Circuit) – *it does not* include your reasons or grounds for the appeal. Once your appeal is processed by the district court, your notice of appeal will be sent to the Court of Appeals and a Court of Appeals docket number will be assigned to your case. At that point, all further questions regarding your appeal must be directed to that court.

The filing fee for a notice of appeal is $505 payable in cash, by bank check, certified check, or money order, to "Clerk of Court, S.D.N.Y." *No personal checks are accepted.* If you are unable to pay the $505 filing fee, complete the "Motion to Proceed *in Forma Pauperis* on Appeal" form and submit it with your notice of appeal to the Pro Se Intake Unit. If the district court denies your motion to proceed *in forma pauperis* on appeal, or has certified under 28 U.S.C. § 1915(a)(3) that an appeal would not be taken in good faith, you may file a motion in the Court of Appeals for leave to appeal *in forma pauperis*, but you must do so within 30 days after service of the district court order that stated that you could not proceed *in forma pauperis* on appeal.

For additional issues regarding the time for filing a notice of appeal, see Federal Rule of Appellate Procedure 4(a). There are many other steps to beginning and proceeding with your appeal, but they are governed by the rules of the Second Circuit Court of Appeals and the Federal Rules of Appellate Procedure. For more information, visit the Second Circuit Court of Appeals website at **http://www.ca2.uscourts.gov/**.

FIRST BP 8 My CONSELOR RODRIGUEZ HE DONT PROCESS IT, ON PURPOSE HE HIDE IT.

COC 1330.17.B
March 3, 2018
Attachment A

# INFORMAL RESOLUTION FORM

NOTICE TO INMATE: Bureau of Prisons Program Statement 1330.16 requires that except as provided in 542.13(b) an inmate shall first present an issue of concern informally to staff and staff shall informally attempt to resolve the issue prior to submitting a BP-9. A separate form must be used for each issue.

*************************************************************************************************************

INSTRUCTIONS: Counselors will complete and attach this form to each Request for Administrative Remedy Form (BP-9) submitted, if not informally resolved.

| JABER FAOUZI | 75840054 | A4 | [signature] |
|---|---|---|---|
| Inmate Name | Register No. | Qtrs./Unit | Inmate Signature |

1. Specific complaint (one 8 ½" x 11" continuation page may be attached):

I sent 5 pieces of mail, 4 of them certified through officer Christian in A-4 dorm, in January and have been told they can't be track down. (exhibit-A) back.

2. What efforts have been made by the inmate to resolve the complaint informally? To whom has the inmate spoken?

I've talked to the Unit Manager Mr. Lee, wrote the Warden, mailroom, and talked to LT. Matthews, Plus officer Christian, plus SIS

3. What action does the inmate wish to be taken to correct the issue?

First to find my Mails Where is it? Why has it not been sent to theses Address and been Received.

Correctional Counselor's Comments (including actual steps taken to resolve):

Correctional Counselor ____________ Date ____________

Staff Circle One: Informally Resolved Not Informally Resolved

Unit Manager's Review

Unit Manager ____________ Date ____________

Distribution by Correctional Counselor:

1. If complaint is informally resolved, maintain original on file in the Unit.
2. If complaint is not informally resolved, attach original to BP-9 Form and forward to Administrative Remedy Clerk for processing.

| | Inf. Resolution Form Issued to Inmate | Inf. Resolution Form Returned to Counselor | BP-9 Issued to Inmate | BP-9 Returned to Counselor | BP-9 Delivered to Admin Remedy Clerk |
|---|---|---|---|---|---|
| Date: | | | | | |
| Time: | | | | | |
| Counselor: | | | | | |

(EXIBIT A)

MAIL CERTIFIED

1) PROSECUTOR GEORGE TURNER, 70192280000102449 2423
2) CONGRESS: 7020 0640 0000 15242506
3) BOP DIRECTOR: 7018 0040 0000 6220 9935
4) FBOP ATLANTA: 7020 2450 0000 8617 0366
5) CLERK OF COURT: US COURT OF APPEALS 7020 2450 0000 1369 9428

LAWSUIT CASE 20-CV-7347 (LLS) JANUARY/18/2021

IMPORTANT DOCUMENTS, I DONT HAVE ANY MORE COPIES

I HAVE WRITE TO WARDEN, HE DONT ANSWER ME

I HAVE WRITE TO SIS, LT MATHEWS SAID THEY DONT HAVE ANY LEGAL MAILS FOR ME

I HAVE WRITE TO MY UNIT MANAGER MR LEE (A 4) HE FORWARD TO RAND D, THEY ANSWER THEY DONT HAVE ANY RECORDS OF THIS LEGALS MAILS

I HAVE WRITE TO MAIL ROOM, THEY ANSWER THEY DONT HAVE ANY RECORDS OF THIS LEGALS MAILS

I HAVE ASK MR GONZALEZ FROM SIS HE SAID HE DONT HAVE ANY OF THIS 5 LEGALS MAILS

THE OFFICER A. CHRISTIAN WHO TAKE THIS 5 LEGAL MAILS. FIRST QUESTION TO HIM HE SAID HE HAVE GIVE TO MAIL RHOOM, R AND D, TO SEND

(2) SECOND QUESTIONS AFTER ONE WEEK I DONT RECEIVE THE CERTIFIED MAIL RECEIPT. HE SAID SIS TAKE MY 5 LEGALS MAILS.

THANK YOU
JABER FAOUZI

THIS IS COPY OF SECOND BP8

THE SECOND BP8 ALSO MY CONSELOR RODRIGUEZ HE DONT PROCESS IT. HE HIDE ON PURPOSE I GIVE HIME BACK ON 04/12/2021 WITH BP9 HE DONT PROCESS IT ON 04/12/2021, HE HIDE IT BP9 BP8 2 OF THEM HI HIDE

COC 1330.17.B
March 3, 2018
Attachment A

# INFORMAL RESOLUTION FORM

NOTICE TO INMATE: Bureau of Prisons Program Statement 1330.16 requires that except as provided in 542.13(b) an inmate shall first present an issue of concern informally to staff and staff shall informally attempt to resolve the issue prior to submitting a BP-9. A separate form must be used for each issue.

****************************************************************************************************

INSTRUCTIONS: Counselors will complete and attach this form to each Request for Administrative Remedy Form (BP-9) submitted, if not informally resolved.

| JABER FAOUZI | 75840054 | A4 | [signature] |
|---|---|---|---|
| Inmate Name | Register No. | Qtrs./Unit | Inmate Signature |

1. Specific complaint (one 8 ½" x 11" continuation page may be attached):

I sent 5 pieces of mail, 4 of them certified through officer Christian in A-4 dorm, in January and have been told they can't be track down. (exibit-A) back.

2. What efforts have been made by the inmate to resolve the complaint informally? To whom has the inmate spoken?

I've talked to the Unit Manager Ms. Lee, wrote the Warden, mailroom, and talked to LT. Mattews, Plus officer Christian, plus SIS

3. What action does the inmate wish to be taken to correct the issue?

First to find my Mails. Where is it? Why has it not been sent to theses address and been received.

Correctional Counselor's Comments (including actual steps taken to resolve):

MAIL PROCEDURES WERE NOT FOLLOWED. SEE A&O HANDBOOK.

| [signature] | 4-6-2021 | Staff Circle One: | |
|---|---|---|---|
| Correctional Counselor | Date | Informally Resolved | **Not Informally Resolved** (circled) |

Unit Manager's Review

| [signature] | 4-7-2021 |
|---|---|
| Unit Manager | Date |

Distribution by Correctional Counselor:

1. If complaint is informally resolved, maintain original on file in the Unit.
2. If complaint is not informally resolved, attach original to BP-9 Form and forward to Administrative Remedy Clerk for processing.

| | Inf. Resolution Form Issued to Inmate | Inf. Resolution Form Returned to Counselor | BP-9 Issued to Inmate | BP-9 Returned to Counselor | BP-9 Delivered to Admin Remedy Clerk |
|---|---|---|---|---|---|
| Date: | 3-29-2021 | 4-6-2021 | 4-7-2021 | | |
| Time: | 2:00 pm. | 10:00 am. | 2:49 pm | | |
| Counselor: | [signature] | [signature] | [signature] | | |

U.S. Department of Justice
Federal Bureau of Prisons
Federal Correctional Complex, Coleman
846 N.E. 54th Ter
Coleman, Florida 33521-1029

Official Business
Penalty for Private Use $300

IN APRIL 2021 MY CONSELOR RODRIGUEZ GIVE ME THIS ENVELOPPE, INSIDE WAS ONE OF THE 5 LEGAL MAILS THEY HIDE OR DESTROY ON JANUARY 18-2021

AND RODRIGUEZ TOLD ME HE DONT KNOW WHAT THEIR IS INSIDE THIS ENVELOPPE AND HE DONT KNOW WHO PUT IT IN HIS OFFICE, WAS MY LEGAL MAIL TO THE CONGRESS TO DO INVESTIGATION ABOUT MY CASE AND ABOUT THE CONTRABAND OFFICERS AND INMATES IN PRISON, THE EVIDENCE, PROOF, I HAVE WHO OFFICER A. CHRISTIAN DONT GIVE ON PURPOSE THIS MAIL AND THE OTHERS 4 LEGAL MAILS TO R ~~AND~~ D MAIL RHOOM

Counslor
W. Rodriguez
for Inmate
Jaber FAOUZI
75840-054



⇔75840-054⇔
Jaber Faouzi
PO BOX 1032
FEDERAL CORRECTIONAL COMPLEX
Coleman, FL 33521
MEDIUM UNIT
United States
COPY TO
THIS IS COPY OF MY LEGAL MAIL TO CONGRESS
THIS ORIGINAL ENVELOPE WITH 140 PAGES LEGAL, SPECIAL MAIL WAS TO THE CONGRESS RODRIGUEZ GIVE ME IN. THE OTHER ENVELOPE HE SAID, HE DONT KNOW WHO PUT IN HIS OFFICE
I DONT HAVE LAWYER
⇔75840-054⇔
Us Congress: HON: ILHAN OMAR, AND, RACHIDA TAYEB
215 US House OF REP
Washington, DC 20515
United States
FOREVER / USA
SENDER: COMPLETE THIS SECTION
COMPLETE THIS SECTION ON DELIVERY
PS Form 3811, July 2015 PSN 7530-02-000-9053
Domestic Return Receipt
9590 9402 3778 8032 3870 24
HON: ILHAN OMAR, RACHIDA TAYEB
US CONGRESS
215 US HOUSE OF REP
WASHINGTON DC 20515
CERTIFIED MAIL
7020 0640 0000 1524 2506
U.S. Postal Service
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

⇔75840-054⇔
Jaber Faouzi
PO BOX 1032
FEDERAL CORRECTIONAL COMPLEX MEDIUM
UNIT A4
Coleman, FL 33521
United States

LEGAL MAIL

USDC SDNY

⇔75840-054⇔
Usa District Court, Clerk of Court
500 Pearl ST
NEW YORK, NY 10007
United States

1023

10007

U.S. POSTAGE PAID
FCM LG ENV
COLEMAN, FL
33521
MAY 14, 21
AMOUNT
$0.00
R2304Y122863-09

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL®

7020 2450 0000 1369 9343

RECEIVED
MAY 18 2021
CLERK'S OFFICE
S.D.N.Y.

Pro Se JKR

2021 MAY 19 AM 10:44
SDNY PRO SE OFFICE
RECEIVED