TO: Clerk of the Court
U.S. District Court
New York Southern District
500 Pearl St
NEW YORK NY 10007-1312

September 1, 2021

From: FAOUZI JABER
Reg No: 75840-054
FCI HAZELTON
P.O. Box 5000
BRUCETON MILLS WV 26525

RE: Change of Address / Docket sheet request
Case No: 20-CV-7347

Dear Clerk

Could you please update my new address listed above and provide me a copy of a Docket Registry for my records.

FAOUZI JABER

FAOUZI JABER # 75840-054
FCI HAZELTON
P.O. Box 5000
BRUCETON MILLS WV 26525

pro se

Clerk of the Court
U.S. District Court
New York Southern District
500 Pearl St
New York, NY 10007-1312