JABER F.
#75840054
FCI HAZELTON
P.O. BOX 5000
BRUCETON MILLS
WV 26525

CASE: 20-CV-7347 (LLS)
CLERK OF COURT,
US DISTRICT COURT
500 PEARL ST, NEW YORK, NY 10001

DEAR SIR:

PLEASE I NEED UPDATE OF THE STATUS OF MY CASE

THANK YOU
JABER FAOUZI

RECEIVED
SDNY PRO SE OFFICE
2022 APR 26 PM 2:39

TAREK FAOUZI
17584-054
F.I. HAZELTON
P.O. Box 5000
BRUCETON MILLS
WV 26525

SDNY PRO SE OFFICE
2022 APR 26 PM 2:34
CLERK'S OFFICE
SDNY

US DISTRICT COURT OF NEW YORK
CLERK OF COURT
500 PEARL STREET
NEW YORK, NY 10007



PITTSBURG PA
21 APR 2022

7020 2450 0000 1369 7037

PRO SE
USMS
SDNY