JABER FAOUZI
#75840054
FCI HAZELTON
P.O. BOX 5000
BRUCETON MILLS
WV 26525

1-8

RECEIVED MAY 16 2022 U.S.D.C.
RECEIVED MAY 16 2022 PRO SE OFFICE

CASE: PETIONAIRE JABER FAOUZI V.
CHRISTINA HANLEY (DEA SPECIAL AGENT)
CASE N°: 20-CV-7347 (LLS)
LAWSUIT CASE

TO: CLERK
US DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CHARLES L. BRIENT, JR.
FEDERAL BLDG and US COURT HOUSE
300 QUARROPAS ST
WHITE PLAINS, NEW YORK
NY, 10601

SIR: I HAVE SEND YOU LETTER ASKING STATUS OF MY CASE 20-CV-7347 (LLS) UPDATE YOU RECEIVED ON 04/26/2022

TODAY MAY/5/2022 I HAVE RECEIVED THE UPDATE OF MY CASE, THANK YOU SO MUTCH

(-1-) I WAS SURPRISE MY CASE STILL DISMISSED AND I HAVE SEND YOU LETTER YOU RECEIVED ON 1/28/21 AND OTHER ON 05/18/2021 IT IS IN THE DOCKET I HAVE TOLD THE CLERK OF COURT THAT I HAVE RECEIVED LETTER FROM THE JUDGE LOUIS L. STANTON U.S.D.J. HE SAID IF I DON'T ANSWER BEAFORE JANUARY/5/20

(-2-) AFTER I RECEIVED THE LETTER OR NOTICE FROM JUDGE HONORABLE LOUIS L. STANTON

DATED ON. DECEMBER/2/20 I RECEIVED ON. JANUARY 5/1/22 I WAS SURPRISE THE NOTICE OF HONORABLE LOUIS L. STANTON HE SAID IF I DONT RECEIVED AMENDMENT COMPLAIN BEAFORE JANUARY/5/2021 HE will DISMISSE MY CASE SO THIS DATE OF JANUARY/5/2021 I RECEIVED THIS NOTICE, WAS LATE THE DELIVERY OF YOUR MAIL TO ME I HAVE IMMEDIATLY DO COPY OF THE DATE I RECEIVED THIS LETTER ON THE ENVELOPPE THE SECRETARY OF MY UNIT MISS TORRESS HAVE SIGNED THE DATE OF

Delivery your mail to me was same date of dismissing my case JANUARY/5/2021
I have send you AMENDMENT

SECOND AMENDMENT COMPLAINT Re: AMENDING 2 AMENDED COMPLAIN AGAINST CHRISTINA HANLEY with JURY DEMAND.

And IN THIS CERTIFIED MAIL I Send you WAS Copy of your COURT ENVELOPE signed By

SECRETARY OF UNIT MISS TORRES THAT CONFIRME I RECCIVED YOUR MAIL LATE ON JANUARY/5/2022
IN THE DOCKET you HAVE MENTIONED you HAVE RECEIVED MY LEGAL MAIL ON JANUARY/28/202
THAT MEAN 23 DAYS AFTER I RECEIVED THE LETTER OF HONORABLE Judge Louis L. STANTON BUT you DIDINT MENTIONED THAT I HAVE SEND YOU COPY OF YOU ENVELOPE LETTER TO ME signed By THE UNIT SECRETARY

Miss L. TORRES DATE OF DELIVERY TO ME JANUARY/5/2021
TODAY I AM SENDING TO YOU AGAIN COPY OF THIS ENVELOPPE DELIVERY DATE TO ME

SO FOR ME I DONT DO ANY MISTAKE TO DISMISS MY CASE BY HONORABLE JUDGE LOUIS. L. STANTON

FOR ME MY CASE STILL IN PROCCES AND NOT DISMISSED,
WY MY CASE MUST TO BE DISMISSED IF YOUR MAIL WAS DELIVERY LATE TO ME?

(3) SAME TIME I HAVE Received APPEAL PACKAGE, I HAVE DO APPEAL AND I SEND IT ON JANUARY/20/2021 BY LEGAL MAIL,
THIS LEGAL MAIL OF APPEAL HAVE BEEN DESTROY ON PURPOSE

By OFFICER A. CHRISTIAN WITH OTHERS 4 LEGALS MAILS ONE OF THIS LEGAL MAILS WAS TO THE APPEAL COURT ALSO FOR ANOTHER CASE PETIONER JABER FAOUZ V. US CASE NUMBER 20-3509 DOCKET# 20-3509 APPLICATION FOR A WRIT OF HABEAS CORPUS OR 28 USC § 2255 MOTION,
BEICAUSE I DONT SPEAK AND WRITE ENGLISH good. I SPEAK ARABIC ONE INMATE HAVE HELP ME TO WRITE THE APPLICATION FORM AND I HAVE SEND THIS APPEAL APPEAL ON JANUARY 20/2021 IT HAS BEEN ALSO DESTROY BY OFFICER A. CHRISTIAN
I HAVE WRITE TO PRESIDENT BIDEN, TO D.O.J ATTORNEY GENERAL, TO INSPECTOR GENERAL OF D.O.J. ALL REASONS ABOUT THIS PROBLEMES

(4) AND ON. 5/18/2021 YOU HAVE RECEIVED MY LEGAL MAIL INMATE HAVE HELP ME TO WRITE WAS DATED 5/10/21 YOU MENTIONED IN YOUR DOCKET UNDER DATE 5/18/2021 I HAVE EXPLAIN

TO YOU. AGAIN, ABOUT MY CONSELOR RODRIGUEZ DATE HE GIVE ME YOUR MAIL JANUARY/5/2021. SAME DATE YOU MUST TO DISMISS MY CASE.

AND IF I HAVE WRITE AGAIN TO YOU IN 5/18/2021, BEACAUSE I HAVE ALREADY SEND YOU MAIL MAIL YOU RECEIVED ON JANUARY/28/2021 WITH COPY OF THE ENVELOPE OF YOUR MAIL DELIVERY DATE TO ME JANUARY/5/21 YOU DONT MENTIONED IN THE DOCKET ABOUT THE DELIVERY DATE WAS LATE TO ME ONLY YOU HAVE MENTIONED THE SECOND AMENDED FOR ME MY CASE WAS NOT DISMISSED - WHEN I HAVE KNEW YOU DISMISSED WITHOUT ANY MISTAKE OR LATE FROM MYSELF AND I HAVE KNOW ALSO MY APPEAL ALSO HAS BEEN DESTROY. WITH ANOTHE APPEAL FOR SECOND SUCCEVICE MOTION 2265 CASE 20-3509 APPEAL COURT IN NEW YORK. SO I HAVE SEND YOU THE SECOND LEGAL MAIL YOU RECEIVED ON. 5/18/2021. YOU HAVE MENTIONED IN THE DOCKET BUT YOU DIDINT MENTIONED ALSO (PS) IN PAGE 2 THAT I

GIVE YOU THE TRAKING NUMBER OF MY APPEALS NOTICE LEGAL MAIL WHO HAS BEEN DESTROY BY OFFICER A. CHRISTIAN

5 SIR! I AM SENDING YOU AGAIN TODAY AFTER I HAVE RECEIVED YOUR UP DATE ABOUT MY STATUS CASE ON MAY 15 2022 TODAY I AM SENDING YOU AGAIN THE COPY OF THE ENVELOPPE HONORABLE JUDGE LOUIS L. STANTON HAVE SEND ME IN DECEMBER 2020 WITH COPY OF HIS NOTICE THAT IF I DON'T DO THE SECOND AMENDED HE WILL DISMISS MY CASE ON JANUARY 15 2021. AND THE ENVELOPPE I RECEIVED ON JANUARY 15 2021 SAME DATE OF DISMISS MY CASE

YOU MUST TO MENTIONED IN MY DOCKET THIS LETTER AND THE ENVELOPPE I RECEIVED LATE AND I AM SENDING TO YOU ALSO AGAIN COPY OF THE LETTER YOU RECEIVED 5/19/2021. THIS LATER WAS DATED 5/10/2021 YOU MUST PLEASE TO MENTIONED IN MY DOCKET WHAT I HAVE WRITE IN PAGE 2 (PS) TRAKING NUMBER NOT FOUND OF MY APPEAL I SEND TO YOU ON JANUARY/20/2021 DESTROY BY OFFICER A. CHRISTIAN

SIR: PLEASE. THE APPEAL WAS NOT IMPORTANT I THINK, BEACAUSE IN MY MAIL TO YOU, YOU RECEIVED MY SECOND AMENDED AGAINST CHRISTINA MANLEY DEA SPECIAL AGENT THE COPY OF THE ENVELOPPE DATE OF DELIVERY TO ME WAS JANUARY/5/2021 AFTER 23 DAYS JANUARY/28/2021 YOU HAVE RECEIVED THE SECOND AMENDED WITH THE COPY OR YOUR ENVELOPPE SENDING TO ME FROM DECEMBER 2020 DATED POST MAIL ON THE ENVELOPE I RECEIVED JANUARY/5/2021

SO PLEASE! YOU MUST TO ACTINATE OR REOPEN MY CASE AND TO BE PROCCESS

I DON'T HAVE LAWYER, I CAN'T PAID LAWYER

PLEASE. I AM WAITING YOUR ANSWER AND WHAT IS THE SOLUTION

I CAN'T LOST MY CASE, OR MY CASE BE DISMISSED WITHOUT ANY MISTAKE FROM MY SELF.

THANK YOU
JABER FAOUZI