Dear Clerk of Court,

My name is Faouzi Jaber, Case Number 20-CV-7347, (LLS), and I am asking for an update of my Docket sheet. Sincerly

Thank you.

P.S May God almighty continue to bless you and your family.

September 21, 2023      /S/ _____
                          Faouzi Jaber


Mr. Faouzi Jaber Reg# 75840-054
Federal Correctional Institution Gilmer
    P.O Box 6000
    Glenville, W.V
        26351



Taber Haouzi
#75840054
Fei Gilmer
P.O. Box 6000
Grenville
WV 26351

Office of Clerk
Southern District of New York (Court)
500 Pearl St
New York, 10007

RECEIVED
SEP 25 2023
CLERK'S OFFICE
S.D.N.Y.